WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Gary T. Holtzer
Robert J. Lemons
Kelly DiBlasi
Matthew P. Goren

*Proposed Attorneys for Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
: 
**In re** : **Chapter 11**
: 
**WAYPOINT LEASING** : **Case No. 18-13648 (SMB)**
**HOLDINGS LTD.,** *et al.*, :
: **(Jointly Administered)**
**Debtors.** :
------------------------------------------------------------x

## NOTICE OF ADJOURNMENT OF FIRST DAY HEARING

**PLEASE TAKE NOTICE** that the hearing in the above-captioned chapter 11 cases previously scheduled for December 6, 2018 at 11:00 a.m. (Prevailing Eastern Time) to consider First Day Motions has been adjourned to **December 10, 2018 at 2:00 p.m. (Prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that the hearing will be held before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, in Courtroom 723, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004.

Dated: December 4, 2018
      New York, New York

                              /s/ Robert J. Lemons
                              WEIL, GOTSHAL & MANGES LLP
                              767 Fifth Avenue
                              New York, New York  10153
                              Telephone:  (212) 310-8000
                              Facsimile:  (212) 310-8007
                              Gary T. Holtzer
                              Robert J. Lemons
                              Kelly DiBlasi
                              Matthew P. Goren

                              *Proposed Attorneys for Debtor*
                              *and Debtor in Possession*