WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Gary T. Holtzer
Robert J. Lemons
Kelly DiBlasi
Matthew P. Goren

*Proposed Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
: 
**In re**                                       :    Chapter 11
                                                :
**WAYPOINT LEASING**                            :    Case No. 18-13648 (SMB)
**HOLDINGS LTD.,** *et al.*,                    :
                                                :    (Jointly Administered)
           **Debtors.**[1]                      :
------------------------------------------------------------x

### NOTICE OF AGENDA OF MATTERS SCHEDULED
### FOR HEARING ON DECEMBER 20, 2018 AT 11:00 A.M.

**PLEASE TAKE NOTICE** that on November 25, 2018, Waypoint Leasing Holdings Ltd. and certain of its subsidiaries and affiliates, as debtors and debtors in possession (collectively, the "**Debtors**"), each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code with the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**").

**PLEASE TAKE FURTHER NOTICE**, that a hearing has been scheduled for December 20, 2018 at 11:00 a.m. (Prevailing Eastern Time) before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, Bankruptcy Court, One Bowling Green, Room 723, New York, New York 10004 (the "**Second Day Hearing**").

**PLEASE TAKE FURTHER NOTICE** that an agenda with respect to the Second Day Hearing is set forth below. Copies of each pleading identified below can be viewed and/or obtained by: (i) accessing the Bankruptcy Court's website at http://www.nysb.uscourts.gov or (ii) from the Debtors' claims and noticing agent, Kurtzman Carson Consultants LLC, either at http://www.kccllc.net/ waypointleasing, by calling (888) 733-1446 (toll free) for U.S. and Canada-

---

[1] A list of the Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, is annexed hereto as **Exhibit A**.

1

based parties or +1 (310) 751-2635 for international parties, or by sending an e-mail to WaypointInfo@kccllc.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

**I.  UNCONTESTED MATTERS:**

1. Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 363, and 507(a) and Fed. R. Bankr. P. 6003 and 6004 for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Pay Employee Obligations and (B) Continue Employee Benefit Programs, and (II) Authorizing Financial Institutions to Honor and Process Checks and Transfers Related to Such Obligations **[ECF No. 7]**

    Response Deadline:   December 17, 2018 at 12:00 p.m. (EST)

    Responses Filed:   None.

    Related Documents:

    A.  Interim Order Pursuant to 11 U.S.C. §§ 105(a), 363, and 507(a) and Fed. R. Bankr. P. 6003 and 6004 (I) Authorizing Debtors to (A) Pay Employee Obligations and (B) Continue Employee Benefit Programs, and (II) Authorizing Financial Institutions to Honor and Process Checks and Transfers Related to Such Obligations **[ECF No. 81]**

    B.  Amended Notice of Hearing Scheduled for December 20, 2018 **[ECF No. 88]**

    C.  Certificate of No Objection Under § 1746 Regarding Motion **[ECF No. 102]**

    Status:  This matter is going forward on an uncontested basis.

2. Motion of Debtors Pursuant to 11 U.S.C. §§ 363(b) and 105(a) and Fed. R. Bankr. P. 6003 and 6004 for Interim and Final Authority to Maintain and Honor Prepetition Customer Deposits and Reimbursements **[ECF No. 9]**

    Response Deadline:   December 17, 2018 at 12:00 p.m. (EST)

    Responses Filed:   None.

    Related Documents:

    A.  Interim Order Pursuant to 11 U.S.C. §§ 363(b) and 105(a) and Fed. R. Bankr. P. 6003 and 6004 Authorizing Debtors to Maintain and Honor Prepetition Customer Deposits and Reimbursements **[ECF No. 80]**

        B.      Amended Notice of Hearing Scheduled for December 20, 2018 **[ECF No. 88]**

        C.      Certificate of No Objection Under § 1746 Regarding Motion **[ECF No. 104]**

Status:  This matter is going forward on an uncontested basis.

3.    Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 363(b), 507(a), and 541 and Fed. R. Bankr. P. 6003 and 6004 for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition Taxes and Assessments, and (II) Authorizing, But Not Directing, Banks to Honor and Process Related Checks and Transfers **[ECF No. 8]**

Response Deadline:   December 17, 2018 at 12:00 p.m. (EST)

Responses Filed:   None.

Related Documents:

        A.      Interim Order Pursuant to 11 U.S.C. §§ 105(a), 363(b), 507(a), and 541 and Fed. R. Bankr. P. 6003 and 6004 (I) Authorizing the Debtors to Pay Certain Prepetition Taxes and Assessments, and (II) Authorizing, But Not Directing, Banks to Honor and Process Related Checks and Transfers **[ECF No. 83]**

        B.      Amended Notice of Hearing Scheduled for December 20, 2018 **[ECF No. 88]**

        C.      Certificate of No Objection Under § 1746 Regarding Motion **[ECF No. 106]**

Status:  This matter is going forward on a contested basis.

4.    Motion of Debtors Pursuant to 11 U.S.C. § 105 for Entry of an Order Enforcing the Protections of 11 U.S.C. §§ 362, 365, 525, and 541 **[ECF No. 10]**

Response Deadline:   December 17, 2018 at 12:00 p.m. (EST)

Responses Filed:   None.

Related Documents:

        A.      Interim Order Signed Pursuant to 11 U.S.C. § 105 Enforcing the Protections of 11 U.S.C. §§ 362, 365, 525, and 541 **[ECF No. 84]**

        B.      Amended Notice of Hearing Scheduled for December 20, 2018 **[ECF No. 88]**

  C. Certificate of No Objection Under § 1746 Regarding Motion **[ECF No. 101]**

Status: This matter is going forward on an uncontested basis.

5. Motion of Debtors Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, 507, and 552, Fed. R. Bankr. P. 2002, 4001, 6003, 6004, and 9014, and L. Bankr. R. 2002-1, 4001-2, 9013-1, 9014-1, and 9014-2 for Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Senior Secured Priming Superpriority Postpetition Financing, (B) Grant Liens and Superpriority Administrative Expense Status, and (C) Utilize Cash Collateral; (II) Granting Adequate Protection; (III) Scheduling Final Hearing; and (IV) Granting Related Relief **[ECF No. 51]**

Response Deadline: December 17, 2018 at 12:00 p.m. (EST)

Responses Filed: None.

Related Documents:

  A. Declaration of Matthew R. Niemann in Support of Motion **[ECF No. 52]**

  B. Declaration of Robert A. Del Genio in Support of Motion **[ECF No. 53]**

  C. Declaration of Michael B. Cox in Support of Motion **[ECF No. 54]**

  D. Supplemental Declaration of Robert A. Del Genio in Support of Motion **[ECF No. 70]**

  E. Notice of Filing Corrected Exhibit **[ECF No. 74]**

  F. Notice of Filing of Revised Interim DIP Financing Order **[ECF No. 75]**

  G. Interim Order Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, 507, and 552 Fed. R. Bankr. P. 2002, 4001, 6003, 6004, and 9014, and L. Bankr. R. 2002-1, 4001-2 9013-1, 9014-1, and 9014-2 (I) Authorizing the Debtors to (A) Obtain Senior Secured Priming Superpriority Postpetition Financing, (B) Grant Liens and Superpriority Administrative Expense Status, and (C) Utilize Cash Collateral; (II) Granting Adequate Protection, (III) Scheduling Final Hearing; and (IV) Granting Related Relief **[ECF No. 77]**

  H. Amended Notice of Hearing Scheduled for December 20, 2018 **[ECF No. 88]**

Status: This matter is going forward on an uncontested basis.

6. Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 345(b), 363(c), 364(a), and 503(b) and Fed. R. Bankr. P. 6003 and 6004 for Interim and Final Orders (I) Authorizing Debtors to (A) Continue Existing Cash Management System, (B) Honor Certain Prepetition Obligations Related to the Use Thereof, and (C) Continue Intercompany Transactions and Provide Administrative Expense Priority for Postpetition Intercompany Claims; (II) Extending Time to Comply with 11 U.S.C. § 345(b); and (III) Granting Related Relief **[ECF No. 13]**

Response Deadline:   December 17, 2018 at 12:00 p.m. (EST)

Responses Filed:

A. Objection to Debtors' Cash Management Motion on Behalf of Lombard North Central plc, Asset Financing and Leasing **[ECF No. 42]**

B. Limited Objection of Wells Fargo Bank, N.A., to the Motion **[ECF No. 47]**

Related Documents:

C. Notice of Filing of Revised Interim Cash Management Order **[ECF No. 55]**

D. Notice of Filing of Further Revised Interim Cash Management Order **[ECF No. 71]**

E. Interim Order Pursuant to 11 U.S.C. §§ 105(A), 345(B), 363(C), 364(A), and 503(B) and Fed. R. Bankr. P. 6003 and 6004 (I) Authorizing Debtors to (A) Continue Existing Cash Management System, (B) Honor Certain Prepetition Obligations Related to the Use Thereof, and (C) Continue Intercompany Transactions and Provide Administrative Expense Priority for Postpetition Intercompany Claims; (II) Extending the Time to Comply With 11 U.S.C. § 345(B); and (III) Granting Related Relief **[ECF No. 85]**

F. Amended Notice of Hearing Scheduled for December 20, 2018 **[ECF No. 88]**

G. Certificate of No Objection Under § 1746 Regarding Motion **[ECF No. 103]**

Status: This matter has been resolved and is going forward on an uncontested basis.

5

7.     Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 363(b), 503(b), and 507(a) for (I) Interim and Final Authority to Pay Prepetition Obligations Owed to Lien Claimants and Other Critical Vendors and (II) Confirmation of Administrative Status for Goods and Services Delivered to the Debtors Postpetition **[ECF No. 11]**

    Response Deadline:    December 17, 2018 at 12:00 p.m. (EST)

    Responses Filed:    None.

    Related Documents:

        A.    Notice of Preliminary List of Lien Claimants **[ECF No. 45]**

        B.    Interim Order Pursuant to 11 U.S.C. §§ 105(a), 363(b), 503(b), and 507(a) (I) Authorizing Debtors to Pay Prepetition Obligations Owed to Lien Claimants and Other Critical Vendors; and (II) Confirming Administrative Status for Goods and Services Delivered to the Debtors Postpetition **[ECF No. 82]**

        C.    Amended Notice of Hearing Scheduled for December 20, 2018 **[ECF No. 88]**

        D.    Certificate of No Objection Under § 1746 Regarding Motion **[ECF No. 105]**

    Status:  This matter is going forward on an uncontested basis.

8.     Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 362(d), 363(b), and 503(b) for Authority to (I) Pay Prepetition Insurance Obligations, (II) Continue All Insurance Programs and Honor Obligations Related Thereto, and (III) Modify the Automatic Stay with Respect to Workers' Compensation Claims **[ECF No. 12]**

    Response Deadline:    December 17, 2018 at 12:00 p.m. (EST)

    Responses Filed:    None.

    Related Documents:

        A.    Amended Notice of Hearing Scheduled for December 20, 2018 **[ECF No. 88]**

        B.    Certificate of No Objection Under § 1746 Regarding Motion **[ECF No. 107]**

    Status:  This matter is going forward on an uncontested basis.

## II. MATTERS FOR WHICH OBJECTION DEADLINE HAS NOT YET PASSED:

9. Motion of Debtors Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 1015(c), 2002(m), and 9007 for Entry of Order Implementing Certain Notice and Case Management Procedures **[ECF No. 32]**

   Response Deadline: None.

   Responses Filed: None.

   Related Documents:

       A. Interim Order Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 1015(c), 2002(m), and 9007 Implementing Certain Notice and Case Management Procedures **[ECF No. 86]**

       B. Amended Notice of Hearing Scheduled for December 20, 2018 **[ECF No. 88]**

   Status: This matter is going forward.

10. *Ex Parte* Motion of the Debtors Pursuant to 11 U.S.C. §§ 107(b) and 105(a) and Fed. R. Bankr. P. 9018 for Authority to (I) File Documents Under Seal and (II) Redact Commercially Sensitive, Nonpublic Information **[ECF No. 66]**

    Responses Filed: None.

    Related Documents: None.

    Status: This matter is going forward.

11. Motion of Debtors for Entry of Orders Approving: (I) (A) Bidding Procedures, (B) Bid Protections, (C) Form and Manner of Notice of Auction, Sale Transaction, and Sale Hearing, and (D) Procedures for the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (II) (A) Sale of Substantially all of the Debtors' Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests, (B) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (C) Related Relief **[ECF No. 64]**

    Response Deadline: December 19, 2018 at 12:00 p.m. (EST)

    Responses Filed: None.

    Related Documents:

        A. Declaration of Gary T. Holtzer in Support of Order to Show Cause **[ECF No. 65]**

7

    B.    Declaration of Matthew R. Niemann in Support of Debtors' Motion **[ECF No. 67]**

    C.    Order to Show Cause **[ECF No. 87]**

<u>Status</u>:  This matter is going forward.

Dated: December 18, 2018
      New York, New York

/s/ Kelly DiBlasi
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Gary T. Holtzer
Robert J. Lemons
Kelly DiBlasi
Matthew P. Goren

*Proposed Attorneys for Debtors*
*and Debtors in Possession*

## **Exhibit A**

**Debtors**

| Debtor | Last 4 Digits of Tax ID Number | Debtor | Last 4 Digits of Tax ID Number |
|---|---|---|---|
| Waypoint Leasing Holdings Ltd. | 2899 | AE Helicopter (5) Limited | N/A |
| Waypoint Leasing (Luxembourg) S.à r.l. | 7041 | AE Helicopter (6) Limited | N/A |
| Waypoint Leasing (Ireland) Limited | 6600 | MSN 31141 Trust | N/A |
| Waypoint Asset Co 10 Limited | 2503 | MSN 31492 Trust | N/A |
| MSN 2826 Trust | N/A | MSN 36458 Trust | N/A |
| MSN 2879 Trust | N/A | MSN 760543 Trust | N/A |
| Waypoint Asset Co 11 Limited | 3073 | MSN 760551 Trust | N/A |
| MSN 2905 Trust | N/A | MSN 760581 Trust | N/A |
| Waypoint Asset Co 12 Limited | 0541 | MSN 760628 Trust | N/A |
| MSN 20042 Trust | N/A | MSN 760631 Trust | N/A |
| MSN 41202 Trust | N/A | MSN 760682 Trust | N/A |
| MSN 920280 Trust | N/A | MSN 920022 Trust | N/A |
| Waypoint Asset Co 1E Limited | 6089 | MSN 920062 Trust | N/A |
| Waypoint Asset Euro 1F Limited | 7099 | MSN 920125 Trust | N/A |
| MSN 20093 Trust | N/A | MSN 9229 AS | N/A |
| Waypoint Asset Malta 1A Limited | 2966 | Waypoint Asset Co 3A Limited | 6687 |
| Waypoint Leasing Singapore 1 Pte. Limited | 2403 | MSN 41371 Trust | N/A |
| Waypoint Leasing UK 1A Limited | 2226 | Waypoint Asset Euro 1A Limited | 9804 |
| Waypoint Asset Co 14 Limited | 1585 | MSN 4466 Trust | N/A |
| Waypoint Asset Co 15 Limited | 1776 | MSN 4469 Trust | N/A |
| Waypoint Asset Co 3 Limited | 3471 | MSN 6655 Trust | N/A |
| MSN 6658 Trust | N/A | Waypoint Asset Funding 6 LLC | 4964 |

| Debtor | Last 4 Digits of Tax ID Number | Debtor | Last 4 Digits of Tax ID Number |
|---|---|---|---|
| Waypoint 760626 Business Trust | N/A | Waypoint Asset Co 7 Limited | 9689 |
| MSN 7152 Trust | N/A | Waypoint Asset Euro 7A Limited | 2406 |
| MSN 7172 Trust | N/A | Waypoint Asset Co 8 Limited | 2532 |
| Waypoint Asset Funding 3 LLC | 4960 | MSN 31041 Trust | N/A |
| Waypoint Asset Malta Ltd | 5348 | MSN 31203 Trust | N/A |
| Waypoint Leasing Labuan 3A Limited | 8120 | MSN 31578 Trust | N/A |
| Waypoint Leasing UK 3A Limited | 0702 | MSN 760617 Trust | N/A |
| Waypoint Asset Co 4 Limited | 0301 | MSN 760624 Trust | N/A |
| Waypoint Asset Co 5 Limited | 7128 | MSN 760626 Trust | N/A |
| MSN 1251 Trust | N/A | MSN 760765 Trust | N/A |
| MSN 14786 Trust | N/A | MSN 920063 Trust | N/A |
| MSN 2047 Trust | N/A | MSN 920112 Trust | N/A |
| MSN 2057 Trust | N/A | Waypoint 206 Trust | N/A |
| Waypoint Asset Co 5B Limited | 2242 | Waypoint 407 Trust | N/A |
| Waypoint Leasing UK 5A Limited | 1970 | Waypoint Asset Euro 1B Limited | 3512 |
| Waypoint Asset Co 6 Limited | 8790 | Waypoint Asset Euro 1C Limited | 1060 |
| MSN 31042 Trust | N/A | MSN 20012 Trust | N/A |
| MSN 31295 Trust | N/A | MSN 20022 Trust | N/A |
| MSN 31308 Trust | N/A | MSN 20025 Trust | N/A |
| MSN 920119 Trust | N/A | MSN 920113 Trust | N/A |
| Waypoint Asset Funding 8 LLC | 4776 | Waypoint Asset Co Germany Limited | 5557 |
| Waypoint Leasing UK 8A Limited | 2906 | MSN 31046 Trust | N/A |

| Debtor | Last 4 Digits of Tax ID Number | Debtor | Last 4 Digits of Tax ID Number |
|---|---|---|---|
| Waypoint Leasing US 8A LLC | 8080 | MSN 41511 Trust | N/A |
| Waypoint Asset Co 9 Limited | 6340 | MSN 760608 Trust | N/A |
| MSN 20052 Trust | N/A | MSN 89007 Trust | N/A |
| MSN 31312 Trust | N/A | MSN 920141 Trust | N/A |
| MSN 41329 Trust | N/A | MSN 920152 Trust | N/A |
| MSN 760538 Trust | N/A | MSN 920153 Trust | N/A |
| MSN 760539 Trust | N/A | MSN 920273 Trust | N/A |
| MSN 760541 Trust | N/A | MSN 920281 Trust | N/A |
| MSN 760542 Trust | N/A | MSN 9205 Trust | N/A |
| Waypoint Asset Co 1B Limited | 5795 | MSN 9229 Trust | N/A |
| MSN 41272 Trust | N/A | Waypoint Asset Co 1A Limited | 1208 |
| Waypoint Asset Co 5A Limited | 4148 | Waypoint Leasing Labuan 1A Limited | 2299 |
| MSN 69052 Trust | N/A | Waypoint Asset Co 1C Limited | 0827 |
| Waypoint Asset Euro 9A Limited | 2276 | Waypoint Asset Co 1D Limited | 7018 |
| Waypoint Asset Euro 1E Limited | 6050 | Waypoint Asset Co 1F Limited | 6345 |
| Waypoint Leasing UK 9A Limited | 5686 | Waypoint Asset Co 1G Limited | 6494 |
| Waypoint Asset Sterling 9A Limited | 1161 | Waypoint Asset Co 1H Limited | 7349 |
| Waypoint Asset Company Number 1 (Ireland) Limited | 6861 | Waypoint Asset Co 1J Limited | 7729 |
| Waypoint Asset Euro 1D Limited | 1360 | MSN 20159 Trust | N/A |
| Waypoint Asset Co 1L Limited | 2360 | MSN 31431 Trust | N/A |
| Waypoint Asset Co 1M Limited | 5855 | MSN 760734 Trust | N/A |
| Waypoint Asset Co 1N Limited | 3701 | MSN 920024 Trust | N/A |

| Debtor | Last 4 Digits of Tax ID Number | Debtor | Last 4 Digits of Tax ID Number |
|---|---|---|---|
| Waypoint Asset Euro 1G Limited | 4786 | MSN 920030 Trust | N/A |
| Waypoint Asset Funding 1 LLC | 7392 | Waypoint Asset Funding 2 LLC | 7783 |
| Waypoint Leasing UK 1B Limited | 0592 | Waypoint Asset Co 1K Limited | 2087 |
| Waypoint Leasing UK 1C Limited | 0840 | Waypoint Leasing Services LLC | 8965 |
| Waypoint Asset Company Number 2 (Ireland) Limited | 7847 | Waypoint Leasing (Luxembourg) Euro S.à r.l. | 8928 |
| Waypoint 2916 Business Trust | N/A | | |