**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| ------------------------------------------------------ | x | |
| In re | : | Chapter 11 |
| | : | |
| IN RE WAYPOINT LEASING HOLDINGS LTD., *et al.*, | : | Case No. 18-13648 |
| | : | |
| | : | (Jointly Administered) |
| Debtors. | x | |
| ------------------------------------------------------ | | |

### ORDER TO SHOW CAUSE SCHEDULING HEARING ON SHORTENED NOTICE PURSUANT TO FED. R. BANKR. P. 9006(C) WITH RESPECT TO SUNTRUST BANK MOTION EMERGENCY MOTION OF SUNTRUST BANK PURSUANT TO FED. R. BANKR. P. 9006 FOR ENLARGEMENT OF DEADLINE TO SUBMIT CREDIT BIDS AND RELATED DEADLINES UNDER BIDDING PROCEDURES ORDER

Upon the filing of *Emergency Motion of SunTrust Bank Pursuant To Fed. R. Bankr. P. 9006 For Enlargement of Deadline To Submit Credit Bids and Related Deadlines Under Bidding Procedures Order*, dated January 10, 2019 (the "Motion")[1] of SunTrust Bank in the above-captioned chapter 11 cases (collectively, the "Chapter 11 Cases"); and upon *the Declaration of David A. Wender in Support of Order to Show Cause Scheduling Hearing on Shortened Notice Pursuant to Fed. R. Bankr. P. 9006(C) with Respect to Emergency Motion of SunTrust Bank Pursuant To Fed. R. Bankr. P. 9006 For Enlargement of Deadline To Submit Credit Bids and Related Deadlines Under Bidding Procedures Order* (the "Wender Declaration"); and the Court having jurisdiction to consider the Motion and relief requested herein in accordance with 28 U.S.C. §§ 157 and 1334, and the Amended Standing Order of Reference M-431, dated January 31, 2012 (Preska, C.J.); and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and due and proper notice of the Motion having been given as

---

[1] Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to such terms in the Motion and or Wender Declaration.

~~provided in the Motion, and such notice having been adequate and appropriate under the circumstances, and it appearing that no other or further notice need be provided; and upon the record of all of the proceedings had before the Court~~; and the Court having found and determined that the relief sought in the Motion is in the best interests of the Debtors, their estates, creditors, and all parties in interest, and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,**[SMB: 1/10/19]**

    **IT IS HEREBY ORDERED THAT**

1. The Order to Show Cause is granted to the extent set forth herein.

2. A hearing on the Motion will be held on January 14, 2019 at <u>2:00 p.m.</u> (Eastern Time) before the Honorable Stuart M. Bernstein, at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, Courtroom 723.

3. Notice of the Motion will be given promptly by serving a copy of this Order To Show Cause, the Motion, and the Wender Declaration pursuant to the Case Management Order by **January 10, 2019** which service shall constitute good and sufficient notice thereof.

4. **Any objections can be raised at the hearing.** ~~Any responses or objections to the Motion must be filed and served by~~ **~~January 11, 2019 at 9:30 a.m. (Eastern Time)~~.** **[SMB: 1/10/19]**

5. SunTrust Bank is authorized to take all action necessary to effectuate the relief granted in this Order.

6. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

Dated: January 10th, 2019
New York, New York

**/s/ STUART M. BERNSTEIN**
HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE