

In re Waypoint Leasing Holdings Ltd. - Consensual Objection Deadline Extension - Confirmation Requested

Maass, Evan

to:
bernstein.chambers@nysb.uscourts.gov
01/10/2019 12:54 PM

Cc:
"Lomazow, Tyson", "Price, Michael", "DiBlasi, Kelly", "robert.lemons@weil.com", "Podzius, Bryan"

Hide Details

From: "Maass, Evan" <EMaass@milbank.com> Sort List...
To: "bernstein.chambers@nysb.uscourts.gov" <bernstein.chambers@nysb.uscourts.gov>
Cc: "Lomazow, Tyson" <TLomazow@milbank.com>, "Price, Michael" <MPrice@milbank.com>, "DiBlasi, Kelly" <Kelly.DiBlasi@weil.com>, "robert.lemons@weil.com" <robert.lemons@weil.com>, "Podzius, Bryan" <Bryan.Podzius@weil.com>

Dear Chambers,

The Steering Committee of certain Prepetition Lenders and DIP lenders respectfully requests an extension of its deadline to object to the *Motion of Debtors Pursuant to 11 U.S.C. §§ 363(b) and 503(c)(3) for Entry of an Order Approving Key Employee Incentive Program* [Docket No. 171] until Friday, January 11, 2019 at 4:00 p.m. EST.

The Debtors have consented to the requested extension.

Respectfully submitted,
Evan Maass

*Granted*
*SMB*
*1/10/19*

---

**Evan Maass | Milbank**
28 Liberty Street | New York, NY 10005-1413
T: +1 212.530.5715 | F: +1 212.822.5715
EMaass@milbank.com | www.milbank.com

================================================================

This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.