AKIN GUMP STRAUSS HAUER & FELD LLP
David H. Botter
One Bryant Park
New York, New York 10036
Tel:  (212) 872-1000
Fax: (212) 872-1002

and

AKIN GUMP STRAUSS HAUER & FELD LLP
Renée M. Dailey
Katherine L. Lindsay
100 Pearl Street, 14th Floor
Hartford, CT 06103
Tel:  (860) 263-2930
Fax: (860) 263-2932

*Counsel to the WAC 8 Noteholders*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WAYPOINT LEASING HOLDINGS LTD., *et al.*, | ) | Case No. 18-13648 (SRB) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |

**VERIFIED STATEMENT OF WAC 8 NOTEHOLDERS**
**PURSUANT TO BANKRUPTCY RULE 2019**

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the WAC 8 Noteholders appearing in the chapter 11 cases of Waypoint Leasing Holdings, Ltd., *et al.*, (collectively, the "Debtors") hereby submits this verified statement (the "Verified Statement"), and in support thereof states:

---

[1] A list of the Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, is annexed hereto as Exhibit A.

1.      The WAC 8 Noteholders engaged Akin Gump Strauss Hauer & Feld LLP ("Akin Gump") on June 14, 2018 to represent it in connection with the potential restructuring of the Debtors.

2.      As of the date of this Verified Statement, Akin Gump represents only the WAC 8 Noteholders.  Akin Gump does not represent or purport to represent any other entities in connection with the Debtors' chapter 11 cases.  Akin Gump does not represent the WAC 8 Noteholders as a "committee" (as such term is employed in the Bankruptcy Code and Bankruptcy Rules) and does not undertake to represent the interests of, and is not a fiduciary for, any creditor, party in interest, or other entity that has not signed a retention agreement with Akin Gump.  In addition, the WAC 8 Noteholders do not represent or purport to represent any other entities in connection with the Debtors' chapter 11 cases.

3.      Akin Gump has been advised by the WAC 8 Noteholders that each WAC 8 Noteholder either holds claims or manages accounts that hold claims against the Debtors' estates. In accordance with Bankruptcy Rule 2019, a list of the names, addresses and the "nature and amount of all disclosable economic interests" held in relation to the Debtors by each WAC 8 Noteholder as represented to Akin Gump is attached hereto as Schedule A.

4.      The information set forth in Schedule A, which is based on information provided by the WAC 8 Noteholders to Akin Gump, is intended only to comply with Bankruptcy Rule 2019 and is not intended for any other purpose.  Akin Gump does not make any representation regarding the validity, amount, allowance, or priority of such claims and reserves all rights with respect thereto. Akin Gump does not own, nor has Akin Gump ever owned, any claims against or interests in the Debtors except for claims for services rendered to the WAC 8 Noteholders.

5.      Nothing contained in this Verified Statement (or <u>Schedule A</u> hereto) should be construed as a limitation upon, or waiver of any rights of any of the WAC 8 Noteholders to assert, file and/or amend its claim(s) in accordance with applicable law and any orders entered in these cases establishing procedures for filing proofs of claim.

6.      Akin Gump reserves the right to amend or supplement this Verified Statement in accordance with the requirements set forth in Bankruptcy Rule 2019.

Dated:  January 11, 2019                    **AKIN GUMP STRAUSS HAUER & FELD LLP**

*/s/ David H. Botter*
David H. Botter
One Bryant Park
New York, New York 10036
Tel:  (212) 872-1000
Fax: (212) 872-1002
dbotter@akingump.com

<u>and</u>

Renée M. Dailey
Katherine L. Lindsay
100 Pearl Street, 14th Floor
Hartford, CT 06103
Tel:  (860) 263-2930
Fax: (860) 263-3232
renee.dailey@akingump.com
kate.lindsay@akingump.com

*Counsel to the WAC 8 Noteholders*

## SCHEDULE A

| NAME | ADDRESS | NATURE AND AMOUNT OF DISCLOSABLE ECONOMIC INTEREST[2] | |
|---|---|---|---|
| The Prudential Insurance Company of America | c/o Prudential Capital Group 655 Broad Street, Floor 16S Newark, NJ 07102 | $7,109,171.82 | 4.41% Series A Notes due October 15, 2022 |
| | | $23,840,281.08 | 4.41% Series A Notes due October 15, 2022 |
| The Prudential Insurance Company of America | c/o Prudential Capital Group 655 Broad Street, Floor 16S Newark, NJ 07102 | €2,444,537.44 | 2.83625% Series B Notes due October 15, 2022 |
| | | €4,065,854.49 | 2.83625% Series B Notes due October 15, 2022 |
| Prudential Retirement Insurance and Annuity Company | c/o Prudential Capital Group 655 Broad Street, Floor 16S Newark, NJ 07102 | $11,168,377.01 | 4.41% Series A Notes due October 15, 2022 |
| Prudential Retirement Insurance and Annuity Company | c/o Prudential Capital Group 655 Broad Street, Floor 16S Newark, NJ 07102 | €20,701,940.88 | 2.83625% Series B Notes due October 15, 2022 |
| PRUCO Life Insurance Company | c/o Prudential Capital Group 655 Broad Street, Floor 16S Newark, NJ 07102 | €7,994,366.00 | 2.83625% Series B Notes due October 15, 2022 |
| Universal Prudential Arizona Reinsurance Term Company | c/o Prudential Capital Group 655 Broad Street, Floor 16S Newark, NJ 07102 | $5,562,732.25 | 4.41% Series A Notes due October 15, 2022 |
| Prudential Retirement Guaranteed Cost Business Trust | c/o Prudential Capital Group 655 Broad Street, Floor 16S Newark, NJ 07102 | €1,026,722.47 | 2.83625% Series B Notes due October 15, 2022 |
| Prudential Legacy Insurance Company of New Jersey | c/o Prudential Capital Group 655 Broad Street, Floor 16S Newark, NJ 07102 | €4,858,926.42 | 2.83625% Series B Notes due October 15, 2022 |
| Massachusetts Mutual Life Insurance Company | 1295 State Street Springfield, MA 01111 | $11,920,140.54 | 4.41% Series A Notes due October 15, 2022 |
| | | $19,866,900.90 | 4.51% Series C Notes due October 15, 2022 |
| The Northwestern Mutual Life Insurance Company | 720 East Wisconsin Avenue Attn: Investment Operations Milwaukee, WI 53202 | $39,733,801.81 | 4.41% Series A Notes due October 15, 2022 |

---

[2] The amount listed in the Schedule A is the principal amount of the Notes outstanding as of the Petition Date, and does not include any other amounts which were due and owing as of the Petition Date or which may become due and owing, in each case as more particularly set forth in the WAC 8 Note Purchase Agreement dated as of July 29, 2015

**EXHIBIT A**

| Debtor | Last 4 Digits of Tax ID Number | Debtor | Last 4 Digits of Tax ID Number |
|---|---|---|---|
| Waypoint Leasing Holdings Ltd. | 2899 | AE Helicopter (5) Limited | N/A |
| Waypoint Leasing (Luxembourg) S.à r.l. | 7041 | AE Helicopter (6) Limited | N/A |
| Waypoint Leasing (Ireland) Limited | 6600 | MSN 31141 Trust | N/A |
| Waypoint Asset Co 10 Limited | 2503 | MSN 31492 Trust | N/A |
| MSN 2826 Trust | N/A | MSN 36458 Trust | N/A |
| MSN 2879 Trust | N/A | MSN 760543 Trust | N/A |
| Waypoint Asset Co 11 Limited | 3073 | MSN 760551 Trust | N/A |
| MSN 2905 Trust | N/A | MSN 760581 Trust | N/A |
| Waypoint Asset Co 12 Limited | 0541 | MSN 760628 Trust | N/A |
| MSN 20042 Trust | N/A | MSN 760631 Trust | N/A |
| MSN 41202 Trust | N/A | MSN 760682 Trust | N/A |
| MSN 920280 Trust | N/A | MSN 920022 Trust | N/A |
| Waypoint Asset Co 1E Limited | 6089 | MSN 920062 Trust | N/A |
| Waypoint Asset Euro 1F Limited | 7099 | MSN 920125 Trust | N/A |
| MSN 20093 Trust | N/A | MSN 9229 AS | N/A |
| Waypoint Asset Malta 1A Limited | 2966 | Waypoint Asset Co 3A Limited | 6687 |
| Waypoint Leasing Singapore 1 Pte. Limited | 2403 | MSN 41371 Trust | N/A |
| Waypoint Leasing UK 1A Limited | 2226 | Waypoint Asset Euro 1A Limited | 9804 |
| Waypoint Asset Co 14 Limited | 1585 | MSN 4466 Trust | N/A |
| Waypoint Asset Co 15 Limited | 1776 | MSN 4469 Trust | N/A |
| Waypoint Asset Co 3 Limited | 3471 | MSN 6655 Trust | N/A |

| Debtor | Last 4 Digits of Tax ID Number | Debtor | Last 4 Digits of Tax ID Number |
|---|---|---|---|
| MSN 6658 Trust | N/A | Waypoint Asset Funding 6 LLC | 4964 |
| Waypoint 760626 Business Trust | N/A | Waypoint Asset Co 7 Limited | 9689 |
| MSN 7152 Trust | N/A | Waypoint Asset Euro 7A Limited | 2406 |
| MSN 7172 Trust | N/A | Waypoint Asset Co 8 Limited | 2532 |
| Waypoint Asset Funding 3 LLC | 4960 | MSN 31041 Trust | N/A |
| Waypoint Asset Malta Ltd | 5348 | MSN 31203 Trust | N/A |
| Waypoint Leasing Labuan 3A Limited | 8120 | MSN 31578 Trust | N/A |
| Waypoint Leasing UK 3A Limited | 0702 | MSN 760617 Trust | N/A |
| Waypoint Asset Co 4 Limited | 0301 | MSN 760624 Trust | N/A |
| Waypoint Asset Co 5 Limited | 7128 | MSN 760626 Trust | N/A |
| MSN 1251 Trust | N/A | MSN 760765 Trust | N/A |
| MSN 14786 Trust | N/A | MSN 920063 Trust | N/A |
| MSN 2047 Trust | N/A | MSN 920112 Trust | N/A |
| MSN 2057 Trust | N/A | Waypoint 206 Trust | N/A |
| Waypoint Asset Co 5B Limited | 2242 | Waypoint 407 Trust | N/A |
| Waypoint Leasing UK 5A Limited | 1970 | Waypoint Asset Euro 1B Limited | 3512 |
| Waypoint Asset Co 6 Limited | 8790 | Waypoint Asset Euro 1C Limited | 1060 |
| MSN 31042 Trust | N/A | MSN 20012 Trust | N/A |
| MSN 31295 Trust | N/A | MSN 20022 Trust | N/A |
| MSN 31308 Trust | N/A | MSN 20025 Trust | N/A |
| MSN 920119 Trust | N/A | MSN 920113 Trust | N/A |

| Debtor | Last 4 Digits of Tax ID Number | Debtor | Last 4 Digits of Tax ID Number |
|---|---|---|---|
| Waypoint Asset Funding 8 LLC | 4776 | Waypoint Asset Co Germany Limited | 5557 |
| Waypoint Leasing UK 8A Limited | 2906 | MSN 31046 Trust | N/A |
| Waypoint Leasing US 8A LLC | 8080 | MSN 41511 Trust | N/A |
| Waypoint Asset Co 9 Limited | 6340 | MSN 760608 Trust | N/A |
| MSN 20052 Trust | N/A | MSN 89007 Trust | N/A |
| MSN 31312 Trust | N/A | MSN 920141 Trust | N/A |
| MSN 41329 Trust | N/A | MSN 920152 Trust | N/A |
| MSN 760538 Trust | N/A | MSN 920153 Trust | N/A |
| MSN 760539 Trust | N/A | MSN 920273 Trust | N/A |
| MSN 760541 Trust | N/A | MSN 920281 Trust | N/A |
| MSN 760542 Trust | N/A | MSN 9205 Trust | N/A |
| Waypoint Asset Co 1B Limited | 5795 | MSN 9229 Trust | N/A |
| MSN 41272 Trust | N/A | Waypoint Asset Co 1A Limited | 1208 |
| Waypoint Asset Co 5A Limited | 4148 | Waypoint Leasing Labuan 1A Limited | 2299 |
| MSN 69052 Trust | N/A | Waypoint Asset Co 1C Limited | 0827 |
| Waypoint Asset Euro 9A Limited | 2276 | Waypoint Asset Co 1D Limited | 7018 |
| Waypoint Asset Euro 1E Limited | 6050 | Waypoint Asset Co 1F Limited | 6345 |
| Waypoint Leasing UK 9A Limited | 5686 | Waypoint Asset Co 1G Limited | 6494 |
| Waypoint Asset Sterling 9A Limited | 1161 | Waypoint Asset Co 1H Limited | 7349 |
| Waypoint Asset Company Number 1 (Ireland) Limited | 6861 | Waypoint Asset Co 1J Limited | 7729 |
| Waypoint Asset Euro 1D Limited | 1360 | MSN 20159 Trust | N/A |

| Debtor | Last 4 Digits of Tax ID Number | Debtor | Last 4 Digits of Tax ID Number |
|---|---|---|---|
| Waypoint Asset Co 1L Limited | 2360 | MSN 31431 Trust | N/A |
| Waypoint Asset Co 1M Limited | 5855 | MSN 760734 Trust | N/A |
| Waypoint Asset Co 1N Limited | 3701 | MSN 920024 Trust | N/A |
| Waypoint Asset Euro 1G Limited | 4786 | MSN 920030 Trust | N/A |
| Waypoint Asset Funding 1 LLC | 7392 | Waypoint Asset Funding 2 LLC | 7783 |
| Waypoint Leasing UK 1B Limited | 0592 | Waypoint Asset Co 1K Limited | 2087 |
| Waypoint Leasing UK 1C Limited | 0840 | Waypoint Leasing Services LLC | 8965 |
| Waypoint Asset Company Number 2 (Ireland) Limited | 7847 | Waypoint Leasing (Luxembourg) Euro S.à r.l. | 8928 |
| Waypoint 2916 Business Trust | N/A | | |