

**RE: In re Waypoint Leasing Holdings Ltd. - Consensual Objection Deadline Extension - Confirmation Requested**

Maass, Evan
to:
bernstein.chambers@nysb.uscourts.gov
01/11/2019 03:16 PM
Cc:
"Lomazow, Tyson", "Price, Michael", "DiBlasi, Kelly", "robert.lemons@weil.com", "Podzius, Bryan"

Hide Details
From: "Maass, Evan" <EMaass@milbank.com> Sort List...
To: "bernstein.chambers@nysb.uscourts.gov" <bernstein.chambers@nysb.uscourts.gov>
Cc: "Lomazow, Tyson" <TLomazow@milbank.com>, "Price, Michael" <MPrice@milbank.com>, "DiBlasi, Kelly" <Kelly.DiBlasi@weil.com>, "robert.lemons@weil.com" <robert.lemons@weil.com>, "Podzius, Bryan" <Bryan.Podzius@weil.com>

Dear Chambers,

The Steering Committee of certain Prepetition Lenders and DIP lenders respectfully requests a further extension of its deadline to object to the *Motion of Debtors Pursuant to 11 U.S.C. §§ 363(b) and 503(c)(3) for Entry of an Order Approving Key Employee Incentive Program* [Docket No. 171] until Monday, January 14, 2019 at 4:00 p.m. EST.

The Debtors have consented to the additional extension.

Respectfully submitted,
Evan Maass

*[Handwritten: Granted SMB 1/11/19]*

---

**Evan Maass | Milbank**
28 Liberty Street | New York, NY 10005-1413
T: +1 212.530.5715 | F: +1 212.822.5715
EMaass@milbank.com | www.milbank.com

**From:** Maass, Evan
**Sent:** Thursday, January 10, 2019 12:54 PM
**To:** 'bernstein.chambers@nysb.uscourts.gov' <bernstein.chambers@nysb.uscourts.gov>
**Cc:** Lomazow, Tyson <TLomazow@milbank.com>; Price, Michael <MPrice@milbank.com>; 'DiBlasi, Kelly' <Kelly.DiBlasi@weil.com>; 'robert.lemons@weil.com' <robert.lemons@weil.com>; Podzius, Bryan <Bryan.Podzius@weil.com>
**Subject:** In re Waypoint Leasing Holdings Ltd. - Consensual Objection Deadline Extension - Confirmation Requested

Dear Chambers,

The Steering Committee of certain Prepetition Lenders and DIP lenders respectfully requests an extension of its deadline to object to the *Motion of Debtors Pursuant to 11 U.S.C. §§ 363(b) and 503(c)(3) for Entry of an Order Approving Key Employee Incentive Program* [Docket No. 171] until Friday, January 11, 2019 at 4:00 p.m. EST.

The Debtors have consented to the requested extension.