**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- x

In re                                                              :        Chapter 11

                                                                    :

IN RE WAYPOINT LEASING                        :        Case No. 18-13648

HOLDINGS LTD., *et al.*,                             :

                                                                    :        (Jointly Administered)

                                        Debtors.        x

----------------------------------------------------------

**ORDER DENYING MOTION OF SUNTRUST BANK PURSUANT TO FED. R. BANKR.**
**P. 9006 FOR ENLARGEMENT OF DEADLINE TO SUBMIT CREDIT**
**BIDS AND RELATED DEADLINES UNDER BIDDING PROCEDURES ORDER**

Upon the filing of *Motion of SunTrust Bank Pursuant to Fed. R. Bankr. P. 9006 for Enlargement of Deadline to Submit Credit Bids and Related Deadlines Under Bidding Procedures Order*, dated January 10, 2019 (the "Motion")[1] in the above-captioned chapter 11 cases (collectively, the "Chapter 11 Cases"); and the Court having jurisdiction to consider the Motion and relief requested herein in accordance with 28 U.S.C. §§ 157 and 1334, and the Amended Standing Order of Reference M-431, dated January 31, 2012 (Preska, C.J.); and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and upon the record of all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**

1.  The Motion is denied **for the reasons stated on the record. [SMB: 1/15/19]**

---

[1] Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

2.   The Court shall retain jurisdiction to hear and determine all matters arising from

or related to the implementation, interpretation, and/or enforcement of this Order.

Dated: January 15th, 2019
New York, New York

**/s/ STUART M. BERNSTEIN**
HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE