

In re Waypoint Leasing Holdings Ltd. - Adjournment Request
Foust, Rachael
to:
bernstein.chambers@nysb.uscourts.gov
02/05/2019 03:00 PM
Cc:
"Lemons, Robert", "Podzius, Bryan", "andrea.b.schwartz@usdoj.gov", "Cox, Michael B."
Hide Details
From: "Foust, Rachael" <Rachael.Foust@weil.com>
To: "bernstein.chambers@nysb.uscourts.gov" <bernstein.chambers@nysb.uscourts.gov>
Cc: "Lemons, Robert" <robert.lemons@weil.com>, "Podzius, Bryan"
<Bryan.Podzius@weil.com>, "andrea.b.schwartz@usdoj.gov"
<andrea.b.schwartz@usdoj.gov>, "Cox, Michael B."
<michael.b.cox@seaburyconsulting.com>

To the Chambers of the Honorable Judge Stuart M. Bernstein,

The Debtors in the above-captioned cases respectfully request an adjournment of the hearing to consider the *Application of Debtors Pursuant to 11 U.S.C. §§ 327 and 328 and Fed. R. Bankr. P. 2014 and 2016 Authorizing Debtors to Retain Accenture LLP as Corporate Advisor Nunc Pro Tunc to Petition Date* [ECF No. 298] from February 12, 2019 at 10:00 a.m. (ET) to March 14, 2019 at 10:00 a.m. (ET).

*Granted*
*SMB*
*USBJ*
*2/5/19*

The Debtors request this adjournment to accommodate a request from United States Trustee for more time to review the application.

If the Court is amenable to this adjournment, the Debtors will file the appropriate notice.

Respectfully submitted,

**Weil**

Rachael L. Foust

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Rachael.Foust@weil.com
+1 212 310 8206 Direct
+1 646 509 0137 Mobile
+1 212 310 8007 Fax

---

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.