**UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**

| In re: WAYPOINT LEASING HOLDINGS LTD., et al., | Case No. | 18-13648 (Jointly Administered) |
|---|---|---|
| Debtors | Reporting Period: | Jan 01, 2019 – Jan 31, 2019 |
| | Fed. Tax. I.D. No.: | 98-1102899 |

**CORPORATE MONTHLY OPERATING REPORT**

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | |
| Bank Reconciliation (or copies of debtors' bank reconciliations) | | | X |
|    Copies of bank statements | | | |
|    Cash disbursements journals | | | |
| Statement of Operations | MOR-2 | X | |
| Balance Sheet | MOR-3 | X | |
| Status of Post-Petition Taxes | MOR-4 | X | |
|    Copies of IRS Form 6123 or payment receipt | | | |
|    Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Post-Petition Debts | MOR-4 | X | |
|    Listing of Aged Accounts Payable | | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | X | |
| Taxes Reconciliation and Aging | MOR-5 | X | |
| Payments to Insiders and Professionals | MOR-6 | X | |
| Post-Petition Status of Secured Notes and Leases Payable | MOR-6 | | X |
| Debtor Questionnaire | MOR-7 | X | |

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that this report and the attached documents are true and correct to the best of my knowledge and belief.

| | | |
|---|---|---|
| Signature of Authorized Individual * | /s/ Alan Jenkins | Dated: February 28, 2019 |
| Printed Name of Authorized Individual | Alan Jenkins | |
| | President, Chief Operating Officer & | |
| | Chief Financial Officer | |
| | Waypoint Leasing | |
| | 8 Riverpoint, Bishops Quay, | |
| | Limerick, Ireland | |
| | V94 WC6A | |
| | Telephone: +353 61 445 020 | |
| | Facsimile: +353 61 445 022 | |

*Authorized individual must be an officer, director, or shareholder if debtor is a corporation; a partner if debtor is a partnership; and a manager or member if debtor is a limited liability company.

| | | |
|---|---|---|
| In re: WAYPOINT LEASING HOLDINGS LTD., et al., | Case No. | 18-13648 (Jointly Administered) |
| Debtors | Reporting Period: | Jan 01, 2019 – Jan 31, 2019 |
| | Fed. Tax. I.D. No.: | 98-1102899 |

**NOTES AND STATEMENTS OF LIMITATIONS**
**REGARDING THE DEBTORS' MONTHLY OPERATING REPORTS**

On November 25, 2018 (the "**Petition Date**"), Waypoint Leasing Holdings Ltd. ("**Holdings**") and 142 of its direct and indirect subsidiaries and affiliates (collectively, the "**Debtors**," and together with their non-debtor affiliates and subsidiaries, the "**Company**") filed voluntary petitions for relief (the "**Chapter 11 Cases**") under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"). The Chapter 11 Cases are being jointly administered for procedural purposes only under case number 18-13648 (SMB) pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure.

Additional information about the Chapter 11 Cases, court filings, and claims information is available online at http://www.kccllc.net/waypointleasing.

The following notes and statements of limitations should be referred to in connection with any review of the monthly operating report (the "**MOR**").

1. **Basis of Presentation**. For financial reporting purposes, the Company generally prepares consolidated financial statements, which include information for the Debtors and their non-Debtor affiliates and subsidiaries. The financial statements and information contained herein are unaudited and have been derived from the books and records of the Company. This information, however, has not been subject to certain procedures that would typically be applied to financial information in accordance with generally accepted accounting principles in the United States of America, and upon the application of such procedures the Company believes that the financial information could be subject to changes, which could potentially be material. In preparing the MOR, the Company relied on financial data derived from their books and records that was available at the time of preparation. Subsequent information or discovery may result in material changes to the MOR, and errors or omissions may exist. Notwithstanding any such discovery, new information, errors or omissions, the Debtors do not undertake any obligation or commitment to update the MOR.

2. **Reporting Period**. Unless otherwise noted herein, the MOR generally reflects the Company's books and records and financial activity occurring during the applicable reporting period. Except as otherwise noted, no adjustments have been made for activity occurring after the close of the reporting period.

3. **Accuracy**. The financial information disclosed herein was not prepared in accordance with federal or state securities laws or other applicable non-bankruptcy law, and is not intended to comply with any periodic reporting requirements thereunder. Persons and entities trading in or otherwise purchasing, selling, or transferring the claims against or equity interests in the Company should evaluate this financial information in light of the purposes for which it was prepared. The Company is not liable for and undertakes no responsibility to indicate deviations from securities laws or for any evaluations of the Company based on this financial information or any other information.

4. **Debtors' Reservation of Rights**. The Debtors reserve all rights to amend or supplement the MOR in all respects, as may be necessary or appropriate. Nothing contained in this MOR shall constitute a waiver of any of the Company's rights or an admission with respect to the Debtors' Chapter 11 Cases.

5. **Consolidated Basis**. The MOR was calculated on a consolidated basis for the Company, which includes certain *de minimis* amounts attributable to non-debtor entities.

**Notes to MOR-1**

Cash is received and disbursed by the Debtors as described in the *Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 345(b), 363(c), 364(a), and 503(b) and Fed. R. Bankr. P. 6003 and 6004 for Interim and Final Orders (I) Authorizing Debtors to (A) Continue Existing Cash Management System, (B) Honor Certain Prepetition Obligations Related to the Use Thereof, and (C) Continue Intercompany Transactions and Provide Administrative Expense Priority for Postpetition Intercompany Claims; (II) Extending Time to Comply with 11 U.S.C. § 345(b); and (III) Granting Related Relief* [ECF No. 13], and as modified in the final order approving the same at ECF No. 126.

All amounts listed are the bank balances as of December 31, 2018 and January 31, 2019. The Company has, on a timely basis, performed bank account reconciliations in the ordinary course of business. Due to the level of detailed records, copies of the bank account statements and reconciliations are available for inspection only upon request.

In re: WAYPOINT LEASING HOLDINGS LTD., et al.,  
Debtors

Case No. 18-13648 (Jointly Administered)  
Reporting Period: Jan 01, 2019 – Jan 31, 2019  
Fed. Tax. I.D. No.: 98-1102899

**MOR-1 - SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS BY LEGAL ENTITY**  
*USD in thousands*

| Debtor [1] | Case No. | Balance Opening 12/31/18 | Cash Receipts | Cash Disbursements | Intercompany Transfers | Net DIP Financing Activity | FX and Other | Balance Closing 01/31/19 [2] |
|---|---|---|---|---|---|---|---|---|
| MSN 9229 AS | 18-13694 | $ 80 | $ 49 | $ (0) | $ (49) | $ — | $ (0) | $ 80 |
| AE Helicopter (5) Limited | 18-13692 | 70 | 70 | (0) | (70) | — | — | 70 |
| AE Helicopter (6) Limited | 18-13701 | 70 | 70 | (0) | (70) | — | 0 | 70 |
| Waypoint Asset Company Number 1 (Ireland) Limited | 18-13663 | 1,163 | 3,307 | — | (1,857) | — | (0) | 2,613 |
| Waypoint Asset Company Number 2 (Ireland) Limited | 18-13682 | 728 | 585 | (144) | — | — | (92) | 1,077 |
| Waypoint Asset Co 3 Limited | 18-13732 | 870 | 1,299 | — | (1,151) | — | (76) | 942 |
| Waypoint Asset Co 4 Limited | 18-13717 | 65 | — | — | — | — | (0) | 65 |
| Waypoint Asset Co 5 Limited | 18-13721 | 311 | 272 | — | (469) | — | (0) | 114 |
| Waypoint Asset Co 6 Limited | 18-13702 | 355 | 601 | — | (672) | — | (0) | 284 |
| Waypoint Asset Co 7 Limited [3] | 18-13739 | 7,491 | 1,566 | — | — | — | 0 | 9,056 |
| Waypoint Asset Co 8 Limited | 18-13708 | 102 | 1,024 | (0) | (932) | — | (72) | 123 |
| Waypoint Asset Co 9 Limited | 18-13763 | 466 | 598 | — | (750) | — | 0 | 314 |
| Waypoint Asset Co 10 Limited | 18-13759 | 581 | 426 | — | (17) | — | (1) | 990 |
| Waypoint Asset Co 11 Limited | 18-13777 | 82 | 200 | — | — | — | (0) | 282 |
| Waypoint Asset Co 12 Limited | 18-13789 | 1,904 | 490 | — | (529) | — | (0) | 1,865 |
| Waypoint Asset Co 14 Limited | 18-13776 | (0) | — | — | — | — | — | (0) |
| Waypoint Asset Co 15 Limited | 18-13780 | (0) | — | — | 13,484 | — | — | 13,484 |
| Waypoint Asset Co 1A Limited | 18-13677 | 1 | — | — | — | — | (0) | 1 |
| Waypoint Asset Co 1B Limited | 18-13748 | 89 | 89 | — | (89) | — | (0) | 89 |
| Waypoint Asset Co 1C Limited | 18-13683 | 0 | — | — | — | — | 0 | 0 |
| Waypoint Asset Co 1d Limited | 18-13652 | 1 | — | — | — | — | (0) | 1 |
| Waypoint Asset Co 1E Limited | 18-13762 | 1 | — | — | — | — | (0) | 1 |
| Waypoint Asset Co 1F Limited | 18-13654 | 0 | 30 | — | (30) | — | (0) | 0 |
| Waypoint Asset Co 1G Limited | 18-13655 | 40 | 55 | — | (40) | — | (0) | 55 |
| Waypoint Asset Co 1H Limited | 18-13658 | 0 | 90 | — | (90) | — | 0 | 0 |
| Waypoint Asset Co 1J Limited | 18-13659 | (0) | — | — | — | — | — | (0) |
| Waypoint Asset Co 1K Limited | 18-13661 | 1 | — | — | — | — | (0) | 1 |
| Waypoint Asset Co 1L Limited | 18-13664 | 1 | 154 | — | (77) | — | (0) | 78 |
| Waypoint Asset Co 1M Limited | 18-13667 | — | — | — | — | — | — | — |
| Waypoint Asset Co 1N Limited | 18-13670 | — | — | — | — | — | — | — |
| Waypoint Asset Co 3A Limited | 18-13703 | 1 | — | — | — | — | (0) | 1 |
| Waypoint Asset Co 5A Limited | 18-13746 | (0) | — | — | — | — | (0) | (0) |
| Waypoint Asset Co 5B Limited | 18-13761 | — | — | — | — | — | — | — |
| Waypoint Asset Co Germany Limited | 18-13782 | — | — | — | — | — | — | — |
| Waypoint Asset Euro 1A Limited | 18-13713 | 86 | 120 | — | (85) | — | (0) | 121 |
| Waypoint Asset Euro 1B Limited | 18-13750 | 0 | — | — | — | — | (0) | 0 |
| Waypoint Asset Euro 1C Limited | 18-13756 | 2 | 216 | — | (59) | — | 4 | 164 |
| Waypoint Asset Euro 1D Limited | 18-13738 | 1 | — | — | — | — | (0) | 1 |
| Waypoint Asset Euro 1E Limited | 18-13781 | 0 | 182 | — | (182) | — | (0) | 0 |
| Waypoint Asset Euro 1F Limited | 18-13768 | 168 | 227 | — | (272) | — | (1) | 121 |
| Waypoint Asset Euro 1G Limited | 18-13673 | (0) | — | — | — | — | 0 | (0) |
| Waypoint Asset Euro 7A | 18-13742 | 0 | — | — | — | — | (0) | 0 |
| Waypoint Asset Euro 9A Limited | 18-13774 | 0 | — | — | — | — | (0) | 0 |
| Waypoint Asset Funding 1 LLC | 18-13669 | — | — | — | — | — | — | — |
| Waypoint Asset Funding 2 LLC | 18-13723 | — | — | — | — | — | — | — |
| Waypoint Asset Funding 3 LLC | 18-13698 | — | — | — | — | — | — | — |
| Waypoint Asset Funding 6 LLC | 18-13707 | — | — | — | — | — | — | — |
| Waypoint Asset Funding 8 LLC | 18-13744 | — | — | — | — | — | — | — |
| Waypoint Asset Malta Ltd | 18-13699 | 11 | 237 | (0) | (247) | — | (0) | 1 |
| Waypoint Asset Malta 1A Limited | 18-13783 | 183 | 131 | — | (182) | — | (0) | 132 |
| Waypoint Asset Sterling 9A Limited | 18-13753 | 0 | — | — | — | — | 0 | 0 |
| Waypoint Leasing Holdings Ltd. | 18-13648 | 0 | — | — | — | — | (0) | 0 |
| Waypoint Leasing (Ireland) Limited | 18-13650 | 29,523 | 4,355 | (2,600) | (4,854) | 18,522 | (39) | 44,906 |
| Waypoint Leasing (Luxembourg) Euro S.à r.l. | 18-13649 | 161 | 0 | (0) | 61 | — | (0) | 221 |
| Waypoint Leasing (Luxembourg) S.à r.l. | 18-13651 | 1 | — | — | — | — | (0) | 1 |
| Waypoint Leasing Labuan 1A Limited | 18-13680 | 0 | — | — | — | — | (0) | 0 |
| Waypoint Leasing Labuan 3A Limited | 18-13704 | 6 | 72 | (0) | (70) | — | — | 7 |
| Waypoint Leasing Services LLC | 18-13785 | 97 | — | (162) | 82 | — | 0 | 17 |
| Waypoint Leasing US 8A LLC | 18-13745 | 6 | — | — | — | — | (0) | 6 |
| Waypoint Leasing Singapore 1 Pte. Limited | 18-13787 | 86 | — | (9) | — | — | 0 | 77 |
| Waypoint Leasing UK 1A Limited | 18-13790 | 185 | 110 | — | (184) | — | (0) | 110 |
| Waypoint Leasing UK 1B Limited | 18-13668 | 35 | 83 | — | (100) | — | (0) | 18 |
| Waypoint Leasing UK 1C Limited | 18-13672 | — | — | — | — | — | — | — |
| Waypoint Leasing UK 3A Limited | 18-13711 | 1 | — | — | — | — | 0 | 1 |
| Waypoint Leasing UK 5A Limited | 18-13767 | — | — | — | — | — | — | — |
| Waypoint Leasing UK8A Limited | 18-13743 | — | — | — | — | — | — | — |
| Waypoint Leasing UK 9A Limited | 18-13749 | 371 | 290 | — | (534) | — | (1) | 126 |
| **Total debtor entities** | | $ 45,397 | $ 16,999 | $ (2,916) | $ (36) | $ 18,522 | $ (279) | $ 77,687 |
| **Total non-debtor entities** | | 99 | — | (47) | 36 | — | (12) | 75 |
| **TOTAL** | | $ 45,496 | $ 16,999 | $ (2,963) | $ 0 | $ 18,522 | $ (291) | $ 77,762 |

(1) All Debtors that have bank accounts are shown in MOR-1. Debtors that have no bank accounts, such as each of the Debtors' business trusts, are excluded.

(2) Bank reconciliations have not been included because there are no variances between the Debtors' book bank balances and the actual bank balances as of January 31, 2019.

(3) Includes restricted cash of $2.841 million as of January 31, 2019.

| | | |
|---|---|---|
| In re:  WAYPOINT LEASING HOLDINGS LTD., et al., | Case No. | 18-13648 (Jointly Administered) |
| Debtors | Reporting Period: | Jan 01, 2019 – Jan 31, 2019 |
| | Fed. Tax. I.D. No.: | 98-1102899 |

**MOR-2 - STATEMENT OF OPERATIONS**
*USD in thousands*

| | January 31, 2019 |
|---|---:|
| **REVENUES** | |
| Lease revenue | $ 9,587 |
| Interest income | 15 |
| **Total Revenue** | $ 9,602 |
| | |
| **EXPENSES** | |
| Depreciation | (3,795) |
| Interest expense [1] | (634) |
| Maintenance and leasing expenses | (234) |
| Selling, general, and administrative expenses | (1,985) |
| Other costs | (243) |
| **Total Expenses** | $ (6,891) |
| | |
| **Profit Before Reorganization Items And Tax** | $ 2,711 |
| | |
| Reorganization items [2] | (12,101) |
| | |
| **Loss Before Tax** | $ (9,390) |
| | |
| Income taxes | (58) |
| | |
| **Net Loss** | $ (9,448) |

*(1) Reflects DIP financing interest only and derivative mark to market movements.*

*(2) Reorganization items reflect advisory and professional fees that are incremental and directly related to the Debtors' bankruptcy cases.*

| In re: WAYPOINT LEASING HOLDINGS LTD., et al., Debtors | | Case No. | 18-13648 (Jointly Administered) |
|---|---|---|---|
| | | Reporting Period: | Jan 01, 2019 – Jan 31, 2019 |
| | | Fed. Tax. I.D. No.: | 98-1102899 |

**MOR 3 - BALANCE SHEET**
*USD in thousands*

|  | As of January 31, 2019 |
|---|---:|
| **ASSETS** | |
| Cash and cash equivalents | $ 74,921 |
| Restricted cash | 2,841 |
| Trade and other receivables | 15,275 |
| Flight equipment held for operating lease [1] | 1,486,014 |
| Deposits for flight equipment purchases | 23,460 |
| Deferred tax assets | 420 |
| Other assets | 12,522 |
| **Total Assets** | **$ 1,615,453** |
|  | |
| **LIABILITIES** | |
| Accounts payable | $ (30,212) |
| Other liabilities | (9,993) |
| Debt | (48,013) |
| Liabilities subject to compromise [2] | (1,172,147) |
| **Total Liabilities** | **$ (1,260,365)** |
|  | |
| **SHAREHOLDERS' EQUITY** | |
| Preference share capital | $ (4) |
| Ordinary share capital | (4) |
| Additional paid-in capital | (409,118) |
| Accumulated other comprehensive income | 1,882 |
| Accumulated loss | 52,156 |
| **Total Shareholders' Equity** | **$ (355,088)** |
|  | |
| **Total Liabilities And Shareholders' Equity** | **$ (1,615,453)** |

(1) Flight equipment held for operating lease remains subject to an impairment review. When the impairment review is completed, a material impairment charge is probable.

(2) The amounts currently classified as liabilities subject to compromise may be subject to future adjustments depending on Bankruptcy Court actions, payments made pursuant to Bankruptcy Court orders, further developments with respect to, among other things, the reconciliation and adjudication of claims, determinations of the secured status of certain claims, the value of any collateral securing such claims, rejection of executory contracts, or other events.  Additionally, the Company has entered into forward order agreements with certain OEMs to acquire future aircraft deliveries.  In connection with these agreements, the Company is required to make scheduled deposits and final delivery payments.  As at January 31, 2019, there are approximately $38 million of overdue deposits and final delivery payments outstanding under our forward order agreements.  No liability has been recognized on our balance sheet for these overdue deposits and final delivery payments.

| | | |
|---|---|---|
| In re: WAYPOINT LEASING HOLDINGS LTD., et al., | Case No. | **18-13648 (Jointly Administered)** |
| Debtors | Reporting Period: | **Jan 01, 2019 – Jan 31, 2019** |
| | Fed. Tax. I.D. No.: | **98-1102899** |

**MOR-4a: STATUS OF POST-PETITION TAXES**

Waypoint Leasing Holdings Ltd. and its affiliated Debtors hereby submit this attestation regarding post-petition taxes.

All post-petition taxes for the Debtors, which are not subject to dispute or reconciliation, are current. There are no material tax disputes or reconciliations.

Dated:    February 28, 2019
         Limerick, Ireland


 /s/ Tom Kelly
_____
Tom Kelly
Vice President of Tax
WAYPOINT LEASING
8 Riverpoint, Bishops Quay,
Limerick, Ireland
V94 WC6A
Telephone: +353 61 445 020
Facsimile: +353 61 445 022

| In re: WAYPOINT LEASING HOLDINGS LTD., et al., | Case No. | 18-13648 (Jointly Administered) |
|---|---|---|
| Debtors | Reporting Period: | Jan 01, 2019 – Jan 31, 2019 |
| | Fed. Tax. I.D. No.: | 98-1102899 |

**MOR 4b - SUMMARY OF UNPAID POST-PETITION DEBTS**

*USD in thousands*

| Post-Petition Payables as of January 31, 2019 | Number of Days Past Due ||||||
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 91 | Total |
| Accounts payable | $ 28,354 | $ 1,656 | $ 193 | 9 | — | $ 30,212 |
| Other liabilities | 9,993 | — | — | — | — | 9,993 |
| Debt | 48,013 | — | — | — | — | 48,013 |
| **Total** | $ 86,360 | $ 1,656 | $ 193 | — | — | $ 88,218 |

**In re: WAYPOINT LEASING HOLDINGS LTD., et al.,**  Case No.  **18-13648 (Jointly Administered)**
**Debtors**  Reporting Period:  **Jan 01, 2019 – Jan 31, 2019**
  Fed. Tax. I.D. No.:  **98-1102899**

**MOR 5 - ACCOUNTS RECEIVABLE RECONCILIATION AND AGING**
*USD in thousands*

| Trade and Other Receivables Aging as of January 31, 2019 | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---:|---:|---:|---:|---:|
| Trade receivables *(see table below)* | $ 2,406 | $ 1,658 | $ 869 | $ 2,273 | $ 7,207 |
| Accrued lease rentals | 5,773 | — | — | — | 5,773 |
| Derivative terminations | 1,811 | — | — | — | 1,811 |
| Other receivables | 485 | — | — | — | 485 |
|  | $ 10,475 | $ 1,658 | $ 869 | $ 2,273 | $ 15,275 |
| Less: bad debts (amount considered uncollectible) | — | — | — | — | — |
| **Trade and Other Receivables** | $ 10,475 | $ 1,658 | $ 869 | $ 2,273 | $ 15,275 |

| Trade Receivables Reconciliation | |
|---|---:|
| Total Accounts Receivable at the beginning of the reporting period | $ 8,229 |
| Plus: amounts billed during the period | 8,834 |
| Less: amounts collected during the period | (9,855) |
| **Total Accounts Receivable at the end of the reporting period** | $ 7,207 |

18-13648-smb    Doc 480    Filed 02/28/19    Entered 02/28/19 19:58:16    Main Document
Pg 9 of 10

**In re: WAYPOINT LEASING HOLDINGS LTD., et al.,**
**Debtors**

Case No.: **18-13648 (Jointly Administered)**
Reporting Period: Jan 01, 2019 – Jan 31, 2019
Fed. Tax. I.D. No.: 98-1102899

**MOR 6 - PAYMENTS TO INSIDERS (1) AND PROFESSIONALS (2)**
*USD in thousands*

| PROFESSIONALS | | | |
|---|---|---|---|
| **Payee** | **Amount paid during reporting period** | **Total paid to date** | *Payee Category* |
| Milbank, Tweed, Hadley & McCloy LLP | $ — | $ 1,358 | *Lenders' Advisor* |
| Alvarez & Marsal Securities LLC | 200 | 789 | *Lenders' Advisor* |
| Arthur Cox | 190 | 203 | *Lenders' Advisor* |
| IBA Aviation Unlocked | — | 2 | *Lenders' Advisor* |
| Alston & Bird LLP | 117 | 424 | *Lender's Advisor* |
| McCann FitzGerald Solicitors | — | 6 | *Lender's Advisor* |
| Taylor Wessing LLP | — | 10 | *Lender's Advisor* |
| Mayer Brown LLP | 103 | 863 | *Lender's Advisor* |
| Stroock & Stroock & Lavan LLP | 367 | 655 | *Lender's Advisor* |
| Norton Rose Fulbright LLP | 201 | 375 | *Lender's Advisor* |
| Akin Gump Strauss Hauer & Feld LLP | — | 191 | *Lender's Advisor* |
| Sullivan & Cromwell LLP | — | 1,331 | *Lender's Advisor* |
| Clifford Chance US LLP | — | 441 | *Lender's Advisor* |
| Quinn Emanuel | 269 | 269 | *Lender's Advisor* |
| Eversheds | 42 | 42 | *Lender's Advisor* |
| Winston & Strawn | 22 | 22 | *Lender's Advisor* |
| KPMG | — | 51 | *Debtors' Auditors* |
| **Total Professional Fees** | **$ 1,510** | **$ 7,032** | |

(1) *The schedule of payments to insiders will be provided confidentially to the U.S. Trustee given the sensitive and confidential nature of the information included.*

| In re: | WAYPOINT LEASING HOLDINGS LTD., et al., | Case No. | 18-13648 (Jointly Administered) |
| --- | --- | --- | --- |
| | Debtors | Reporting Period: | Jan 01, 2019 – Jan 31, 2019 |
| | | Fed. Tax. I.D. No.: | 98-1102899 |

**MOR - 7: DEBTOR QUESTIONNAIRE**

| Must be completed each month. If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary. | Yes | No | Notes |
| --- | --- | --- | --- |
| Have any assets been sold or transferred outside the normal course of business this reporting period? | | X | 1 |
| Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | X | |
| Are the Debtors delinquent in the timely filing of any post-petition tax returns? | | X | |
| Has workers compensation, general liability, or other necessary insurance coverage expired or been cancelled, or have the Debtors received notice of expiration or cancellation of such policies? | | X | |
| Are the Debtors delinquent in paying any insurance premium payment? | | X | |
| Have any payments been made on prepetition liabilities this reporting period? | X | | 2 |
| Are any post-petition receivables (accounts, notes, or loans) due from related parties? | | X | |
| Are any post-petition payroll taxes past due? | | X | |
| Are any post-petition State or Federal income taxes past due? | | X | |
| Are any post-petition real estate taxes past due? | | X | |
| Are any other post-petition taxes past due? | | X | |
| Have any prepetition taxes been paid during this reporting period? | X | | 2 |
| Are any amounts owed to post-petition creditors delinquent? | | X | |
| Are any wage payments past due? | | X | |
| Have any post-petition loans been received by the Debtors from any party? | X | | 3 |
| Are the Debtors delinquent in paying any U.S. Trustee fees? | | X | |
| Are the Debtors delinquent with any court-ordered payments to attorneys or other professionals? | | X | |
| Have the owners or shareholders received any compensation outside of the normal course of business? | | X | |

(1) While helicopter sales are undertaken in the ordinary course of business, the sale of MSN 33156 occurred on January 29, 2019, pursuant to the Order Pursuant to 11 U.S.C. § 363 and Fed. R. Bankr. P. 2002 and 6004 Authorizing Private Sale of Helicopter with Manufacture Serial Number 33156 Free of All Liens, Claims, Encumbrances, and Other Interests and Granting Related Relief [ECF No. 226].

(2) Such payments were made pursuant to the first day orders authorizing payments on account of certain prepetition claims.

(3) The agreement for DIP financing was entered into on 12/11/2018 for $49 million. The Debtors made the first interim draw for $15 million on 12/12/2018. The Debtors made the second interim draw for $15 million on 12/24/2018. Following entry of the final DIP order on 1/9/2019, the remaining $19 million of DIP loans were deposited into the DIP Funding Account controlled by Ankura as Agent for the lenders on 1/11/2019. The Borrowers accessed the final DIP funding in two withdrawals on 1/15/2019 for $8.426 million and on 1/29/2019 for $10.574 million.