WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Gary T. Holtzer
Robert J. Lemons
Kelly DiBlasi

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
                                                          :
**In re**                                                 :        **Chapter 11**
                                                          :
**WAYPOINT LEASING**                                      :        **Case No. 18-13648 (SMB)**
**HOLDINGS LTD., *et al.*,**                              :
                                                          :        **(Jointly Administered)**
          **Debtors.[1]**                                 :
-----------------------------------------------------------x

### NOTICE OF AGENDA FOR MATTER SCHEDULED
### FOR HEARING ON APRIL 9, 2019 AT 10:00 A.M.

          **PLEASE TAKE NOTICE** that on November 25, 2018, Waypoint Leasing
Holdings Ltd. and certain of its subsidiaries and affiliates, as debtors and debtors in possession
(collectively, the "**Debtors**"), each filed a voluntary petition for relief under chapter 11 of title 11
of the United States Code (collectively, the "**Chapter 11 Cases**") with the United States
Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**").

          **PLEASE TAKE FURTHER NOTICE** that a hearing has been scheduled for
April 9, 2019 at 10:00 a.m. (Prevailing Eastern Time) before the Honorable Stuart M. Bernstein,
United States Bankruptcy Judge, Bankruptcy Court, One Bowling Green, Room 723, New York,
New York 10004 (the "**Hearing**").

          **PLEASE TAKE FURTHER NOTICE** that an agenda with respect to the Hearing
is set forth below. Copies of each pleading identified below can be viewed and/or obtained by:
(i) accessing the Bankruptcy Court's website at http://www.nysb.uscourts.gov or (ii) from the
Debtors' claims and noticing agent, Kurtzman Carson Consultants LLC, either at
http://www.kccllc.net/waypointleasing, by calling (888) 733-1446 (toll free) for U.S. and Canada-
based parties or +1 (310) 751-2635 for international parties, or by sending an e-mail to

---

[1] A list of the Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax
identification number, is annexed hereto as **Exhibit A**.

WaypointInfo@kccllc.com.  Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

I.    **UNCONTESTED MATTER:**

1.    Motion of Debtors Pursuant to 11 U.S.C. § 1121(d) to Extend Exclusive Periods **[ECF No. 548]**

      <u>Response Deadline</u>:    April 2, 2019 at 4:00 p.m.

      <u>Response Filed</u>:

        A.    Steering Committee's Statement with Respect to Motion of Debtors Pursuant to 11 U.S.C. § 1121(d) to Extend Exclusive Periods **[ECF No. 679]**

      <u>Related Documents</u>:    None.

      <u>Status</u>:    This matter is going forward on an uncontested basis.

Dated: April 4, 2019
     New York, New York

                      /s/ Kelly DiBlasi
                      WEIL, GOTSHAL & MANGES LLP
                      767 Fifth Avenue
                      New York, New York 10153
                      Telephone:  (212) 310-8000
                      Facsimile:  (212) 310-8007
                      Gary T. Holtzer
                      Robert J. Lemons
                      Kelly DiBlasi

                      *Attorneys for Debtors*
                      *and Debtors in Possession*

## **Exhibit A**

**Debtors**

| Debtor | Last 4 Digits of Tax ID Number | Debtor | Last 4 Digits of Tax ID Number |
|---|---|---|---|
| Waypoint Leasing Holdings Ltd. | 2899 | MSN 760682 Trust | N/A |
| Waypoint Leasing (Luxembourg) S.à r.l. | 7041 | MSN 920022 Trust | N/A |
| Waypoint Leasing (Ireland) Limited | 6600 | MSN 920062 Trust | N/A |
| Waypoint Asset Co 10 Limited | 2503 | MSN 920125 Trust | N/A |
| MSN 2826 Trust | N/A | MSN 9229 AS | 7652 |
| MSN 2879 Trust | N/A | Waypoint Asset Co 3A Limited | 6687 |
| Waypoint Asset Co 11 Limited | 3073 | MSN 41371 Trust | N/A |
| MSN 2905 Trust | N/A | Waypoint Asset Euro 1A Limited | 9804 |
| Waypoint Asset Co 14 Limited | 1585 | Waypoint Asset Co 1K Limited | 2087 |
| Waypoint Asset Co 15 Limited | 1776 | MSN 4469 Trust | N/A |
| Waypoint Asset Co 3 Limited | 3471 | MSN 6655 Trust | N/A |
| AE Helicopter (5) Limited | N/A | Waypoint Leasing (Luxembourg) Euro S.à r.l. | 8928 |
| AE Helicopter (6) Limited | N/A | Waypoint Asset Co 1A Limited | 1208 |
| MSN 31141 Trust | N/A | Waypoint Leasing Labuan 1A Limited | 2299 |
| MSN 31492 Trust | N/A | Waypoint Asset Co 1C Limited | 0827 |
| MSN 36458 Trust | N/A | Waypoint Asset Co 1D Limited | 7018 |
| MSN 760543 Trust | N/A | Waypoint Asset Co 1F Limited | 6345 |
| MSN 760551 Trust | N/A | Waypoint Asset Co 1G Limited | 6494 |
| MSN 760581 Trust | N/A | Waypoint Asset Co 1H Limited | 7349 |
| MSN 760628 Trust | N/A | Waypoint Asset Co 1J Limited | 7729 |
| MSN 760631 Trust | N/A | MSN 20159 Trust | N/A |

| Debtor | Last 4 Digits of Tax ID Number | Debtor | Last 4 Digits of Tax ID Number |
|---|---|---|---|
| MSN 6658 Trust | N/A | Waypoint Asset Funding 6 LLC | 4964 |
| Waypoint 760626 Business Trust | N/A | Waypoint Asset Co 7 Limited | 9689 |
| MSN 7152 Trust | N/A | Waypoint Asset Euro 7A Limited | 2406 |
| MSN 7172 Trust | N/A | Waypoint Asset Co 8 Limited | 2532 |
| Waypoint Asset Funding 3 LLC | 4960 | MSN 31041 Trust | N/A |
| Waypoint Asset Malta Ltd | 5348 | MSN 31203 Trust | N/A |
| Waypoint Leasing Labuan 3A Limited | 8120 | MSN 31578 Trust | N/A |
| Waypoint Leasing UK 3A Limited | 0702 | MSN 760617 Trust | N/A |
| Waypoint Asset Co 4 Limited | 0301 | MSN 760624 Trust | N/A |
| Waypoint Asset Co 5 Limited | 7128 | MSN 760626 Trust | N/A |
| Waypoint Leasing Services LLC | 8965 | MSN 760765 Trust | N/A |
| MSN 14786 Trust | N/A | MSN 920063 Trust | N/A |
| MSN 2047 Trust | N/A | MSN 920112 Trust | N/A |
| MSN 2057 Trust | N/A | Waypoint 206 Trust | N/A |
| Waypoint Asset Co 5B Limited | 2242 | Waypoint 407 Trust | N/A |
| Waypoint Leasing UK 5A Limited | 1970 | Waypoint Asset Euro 1B Limited | 3512 |
| Waypoint Asset Co 6 Limited | 8790 | Waypoint Asset Euro 1C Limited | 1060 |
| MSN 31042 Trust | N/A | MSN 20012 Trust | N/A |
| MSN 31295 Trust | N/A | MSN 20022 Trust | N/A |
| MSN 31308 Trust | N/A | MSN 20025 Trust | N/A |
| MSN 920119 Trust | N/A | MSN 920113 Trust | N/A |

| Debtor | Last 4 Digits of Tax ID Number | Debtor | Last 4 Digits of Tax ID Number |
|---|---|---|---|
| Waypoint Asset Funding 8 LLC | 4776 | Waypoint Asset Co Germany Limited | 5557 |
| Waypoint Leasing UK 8A Limited | 2906 | MSN 31046 Trust | N/A |
| Waypoint Leasing US 8A LLC | 8080 | MSN 41511 Trust | N/A |
| Waypoint Asset Company Number 1 (Ireland) Limited | 6861 | MSN 760608 Trust | N/A |
| Waypoint Asset Euro 1D Limited | 1360 | MSN 89007 Trust | N/A |
| Waypoint Asset Co 1L Limited | 2360 | MSN 920141 Trust | N/A |
| Waypoint Asset Co 1M Limited | 5855 | MSN 920152 Trust | N/A |
| Waypoint Asset Co 1N Limited | 3701 | MSN 920153 Trust | N/A |
| Waypoint Asset Euro 1G Limited | 4786 | MSN 920273 Trust | N/A |
| Waypoint Asset Funding 1 LLC | 7392 | MSN 920281 Trust | N/A |
| Waypoint Leasing UK 1B Limited | 0592 | MSN 9205 Trust | N/A |
| Waypoint Leasing UK 1C Limited | 0840 | MSN 9229 Trust | N/A |
| Waypoint Asset Company Number 2 (Ireland) Limited | 7847 | Waypoint Asset Funding 2 LLC | 7783 |
| Waypoint 2916 Business Trust | N/A | | |