WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Gary T. Holtzer
Robert J. Lemons
Kelly DiBlasi

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
: 
In re                                                       :       Chapter 11
                                                            :
**WAYPOINT LEASING**                                        :       Case No. 18-13648 (SMB)
**HOLDINGS LTD.**, *et al.*,                                :
                                                            :       (Jointly Administered)
                        Debtors.[1]                         :
------------------------------------------------------------x

### NOTICE OF AGENDA FOR MATTERS
### SCHEDULED FOR HEARING ON MAY 30, 2019 AT 10:00 A.M.

**PLEASE TAKE NOTICE** that on November 25, 2018, Waypoint Leasing Holdings Ltd. and certain of its subsidiaries and affiliates, as debtors and debtors in possession (collectively, the "**Debtors**"), each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (collectively, the "**Chapter 11 Cases**") with the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**").

**PLEASE TAKE FURTHER NOTICE** that a hearing has been scheduled for May 30, 2019 at 10:00 a.m. (Prevailing Eastern Time) before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, Bankruptcy Court, One Bowling Green, Room 723, New York, New York 10004 (the "**Hearing**").

**PLEASE TAKE FURTHER NOTICE** that an agenda with respect to the Hearing is set forth below. Copies of each pleading identified below can be viewed and/or obtained by: (i) accessing the Bankruptcy Court's website at http://www.nysb.uscourts.gov or (ii) from the Debtors' claims and noticing agent, Kurtzman Carson Consultants LLC, either at http://www.kccllc.net/waypointleasing, by calling (888) 733-1446 (toll free) for U.S. and Canada-based parties or +1 (310) 751-2635 for international parties, or by sending an e-mail to

---

[1] A list of the Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, is annexed hereto as **Exhibit A**.

WaypointInfo@kccllc.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

**I.   CASE CONFERENCE**

**II.  MATTER FOR WHICH OBJECTION DEADLINE HAS NOT YET PASSED**

1.  Application of Debtors Pursuant to 11 U.S.C. § 327, Fed. R. Bankr. P. 2014(a) and 2016, and Local Rules 2014-1 and 2016-1 for Authority to Employ and Retain KPMG as Accounting and Financial Reporting Advisors and Tax Advisors for the Debtors *Nunc Pro Tunc* to the Petition Date **[ECF No. 329]**

    Response Deadline:   February 15, 2019 at 4:00 p.m. (EST); extended to May 28, 2019 at 4:00 p.m. (EST) for the United States Trustee

    Responses Filed:   None.

    Related Documents:

    A.   Order Granting Extension Request for Objection Deadline **[ECF No. 460]**

    B.   Notice of Adjournment and Cancellation of Hearing Scheduled for March 14, 2019 **[EFC No. 526]**

    C.   Order Granting Consensual Adjournment Request **[EFC No. 705]**

    D.   Notice of Adjournment and Cancellation of Hearing Scheduled for April 16, 2019 **[EFC No. 711]**

    E.   Notice of Adjournment of Certain Matters Scheduled for Hearing May 16, 2019 **[EFC No. 748]**

    F.   Order Granting Consensual Objection Deadline Extension Request **[EFC No. 767]**

    Status:  This matter is going forward.

**III. UNCONTESTED MATTER**

2.  Motion of Debtors for Entry of an Order (I) Approving (A) Proposed Disclosure Statement, (B) Solicitation and Voting Procedures, and (C) Notice and Objection Procedures for Confirmation of Debtors' Plan, and (II) Granting Related Relief **[ECF No. 699]**

    Response Deadline:   May 9, 2019 at 4:00 p.m. (EST); extended to May 10, 2019 at 5:00 p.m. (EST) for the Steering Committee; extended to May 13, 2019 at 5:00 p.m. (EST) for the United States Trustee.

Responses Filed:

  G. Limited Objection of Edward Washecka to Approval of the Disclosure Statement and Reservation of Rights **[ECF No. 756]**

  H. Limited Objection and Reservation of Rights of SunTrust Bank, as WAC 7 Administrative Agent, to Debtors' Motion for Order Approving Disclosure Statement **[ECF No. 757]**

  I. Joinder of Steering Committee of Certain Prepetition Lenders to Limited Objection and Reservation of Rights of SunTrust Bank, as WAC 7 Administrative Agent, to Debtors' Motion for Order Approving Disclosure Statement **[ECF No. 761]**

Related Documents:

  J. Chapter 11 Plan of Liquidation of Waypoint Leasing Holdings Ltd. and Its Affiliated Debtors **[ECF No. 696]**

  K. Disclosure Statement for Chapter 11 Plan of Liquidation of Waypoint Leasing Holdings Ltd. and Its Affiliated Debtors **[ECF No. 697]**

  L. Notice of Hearing to Consider Approval of Debtors' Proposed Disclosure Statement for Debtors' Proposed Chapter 11 Plan **[ECF No. 700]**

  M. Amended Chapter 11 Plan of Liquidation of Waypoint Leasing Holdings Ltd. and Its Affiliated Debtors **[ECF No. 731]**

  N. Disclosure Statement for Amended Chapter 11 Plan of Liquidation of Waypoint Leasing Holdings Ltd. and Its Affiliated Debtors **[ECF No. 732]**

  O. Notice of Filing of Redlines for Amended Disclosure Statement and Amended Chapter 11 Plan of Liquidation **[ECF No. 733]**

  P. Order Granting Extension Request of the United States Trustee's Objection Deadline **[ECF No. 747]**

  Q. Order Granting Extension Request of the WAC 7 Administrative Agent's Objection Deadline **[ECF No. 759]**

  R. Order Granting Extension Request of the Steering Committee's Objection Deadline **[ECF No. 760]**

  S. Notice of Adjournment of Motion to Approve Disclosure Statement and Solicitation Procedures Scheduled for Hearing on May 16, 2019 **[ECF No. 775]**

 <u>Status</u>: The Debtors have consensually resolved all of the filed objections. This matter is going forward on an uncontested basis.

Dated: May 28, 2019
   New York, New York

             <u>/s/ Robert J. Lemons</u>
             WEIL, GOTSHAL & MANGES LLP
             767 Fifth Avenue
             New York, New York 10153
             Telephone: (212) 310-8000
             Facsimile: (212) 310-8007
             Gary T. Holtzer
             Robert J. Lemons
             Kelly DiBlasi

             *Attorneys for Debtors*
             *and Debtors in Possession*

# Exhibit A

## Debtors

| Debtor | Last 4 Digits of Tax ID Number | Debtor | Last 4 Digits of Tax ID Number |
|---|---|---|---|
| Waypoint Leasing Holdings Ltd. | 2899 | MSN 760682 Trust | N/A |
| Waypoint Leasing (Luxembourg) S.à r.l. | 7041 | Waypoint 2916 Business Trust | N/A |
| Waypoint Leasing (Ireland) Limited | 6600 | MSN 920062 Trust | N/A |
| Waypoint Asset Co 10 Limited | 2503 | MSN 920125 Trust | N/A |
| MSN 2826 Trust | N/A | MSN 9229 AS | 7652 |
| MSN 2879 Trust | N/A | Waypoint Asset Co 3A Limited | 6687 |
| Waypoint Asset Co 11 Limited | 3073 | MSN 41371 Trust | N/A |
| MSN 2905 Trust | N/A | Waypoint Asset Euro 1A Limited | 9804 |
| Waypoint Asset Co 14 Limited | 1585 | Waypoint Asset Co 1K Limited | 2087 |
| Waypoint Asset Co 15 Limited | 1776 | MSN 4469 Trust | N/A |
| Waypoint Asset Co 3 Limited | 3471 | MSN 6655 Trust | N/A |
| AE Helicopter (5) Limited | N/A | Waypoint Leasing (Luxembourg) Euro S.à r.l. | 8928 |
| AE Helicopter (6) Limited | N/A | Waypoint Asset Co 1A Limited | 1208 |
| MSN 31141 Trust | N/A | Waypoint Leasing Labuan 1A Limited | 2299 |
| MSN 31492 Trust | N/A | Waypoint Asset Co 1C Limited | 0827 |
| MSN 36458 Trust | N/A | Waypoint Asset Co 1D Limited | 7018 |
| MSN 760543 Trust | N/A | Waypoint Asset Co 1F Limited | 6345 |
| MSN 760551 Trust | N/A | Waypoint Asset Co 1G Limited | 6494 |
| MSN 760581 Trust | N/A | Waypoint Asset Co 1H Limited | 7349 |
| MSN 760628 Trust | N/A | Waypoint Asset Co 1J Limited | 7729 |
| MSN 760631 Trust | N/A | MSN 20159 Trust | N/A |

| Debtor | Last 4 Digits of Tax ID Number | Debtor | Last 4 Digits of Tax ID Number |
|---|---|---|---|
| MSN 6658 Trust | N/A | Waypoint Asset Funding 6 LLC | 4964 |
| Waypoint 760626 Business Trust | N/A | Waypoint Asset Co 7 Limited | 9689 |
| MSN 7152 Trust | N/A | Waypoint Asset Euro 7A Limited | 2406 |
| MSN 7172 Trust | N/A | Waypoint Asset Co 8 Limited | 2532 |
| Waypoint Asset Funding 3 LLC | 4960 | MSN 31041 Trust | N/A |
| Waypoint Asset Malta Ltd | 5348 | MSN 31203 Trust | N/A |
| Waypoint Leasing Labuan 3A Limited | 8120 | MSN 31578 Trust | N/A |
| Waypoint Leasing UK 3A Limited | 0702 | MSN 760617 Trust | N/A |
| Waypoint Asset Co 4 Limited | 0301 | MSN 760624 Trust | N/A |
| Waypoint Asset Co 5 Limited | 7128 | MSN 760626 Trust | N/A |
| Waypoint Leasing Services LLC | 8965 | MSN 760765 Trust | N/A |
| MSN 14786 Trust | N/A | MSN 920063 Trust | N/A |
| MSN 2047 Trust | N/A | MSN 920112 Trust | N/A |
| MSN 2057 Trust | N/A | Waypoint 206 Trust | N/A |
| Waypoint Asset Co 5B Limited | 2242 | Waypoint 407 Trust | N/A |
| Waypoint Leasing UK 5A Limited | 1970 | Waypoint Asset Euro 1B Limited | 3512 |
| Waypoint Asset Co 6 Limited | 8790 | Waypoint Asset Euro 1C Limited | 1060 |
| MSN 31042 Trust | N/A | MSN 20012 Trust | N/A |
| MSN 31295 Trust | N/A | MSN 20022 Trust | N/A |
| MSN 31308 Trust | N/A | MSN 20025 Trust | N/A |
| MSN 920119 Trust | N/A | MSN 920113 Trust | N/A |

2

| Debtor | Last 4 Digits of Tax ID Number | Debtor | Last 4 Digits of Tax ID Number |
|---|---|---|---|
| Waypoint Asset Funding 8 LLC | 4776 | Waypoint Asset Co Germany Limited | 5557 |
| Waypoint Leasing UK 8A Limited | 2906 | MSN 31046 Trust | N/A |
| Waypoint Leasing US 8A LLC | 8080 | MSN 41511 Trust | N/A |
| Waypoint Asset Company Number 1 (Ireland) Limited | 6861 | MSN 760608 Trust | N/A |
| Waypoint Asset Euro 1D Limited | 1360 | MSN 89007 Trust | N/A |
| Waypoint Asset Co 1L Limited | 2360 | MSN 920141 Trust | N/A |
| Waypoint Asset Co 1M Limited | 5855 | MSN 920152 Trust | N/A |
| Waypoint Asset Co 1N Limited | 3701 | MSN 920153 Trust | N/A |
| Waypoint Asset Euro 1G Limited | 4786 | MSN 920273 Trust | N/A |
| Waypoint Asset Funding 1 LLC | 7392 | MSN 920281 Trust | N/A |
| Waypoint Leasing UK 1B Limited | 0592 | MSN 9205 Trust | N/A |
| Waypoint Leasing UK 1C Limited | 0840 | MSN 9229 Trust | N/A |
| Waypoint Asset Company Number 2 (Ireland) Limited | 7847 | Waypoint Asset Funding 2 LLC | 7783 |

3