WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Gary T. Holtzer
Robert J. Lemons
Kelly DiBlasi

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
In re  :  Chapter 11
:
**WAYPOINT LEASING**  :  Case No. 18-13648 (SMB)
**HOLDINGS LTD.**, *et al.*,  :
:  **(Jointly Administered)**
Debtors.[1]  :
---------------------------------------------------------------x

## NOTICE OF AGENDA FOR MATTERS SCHEDULED
## FOR HEARING ON AUGUST 8, 2019 AT 10:00 A.M.

**PLEASE TAKE NOTICE** that on November 25, 2018, Waypoint Leasing Holdings Ltd. and certain of its subsidiaries and affiliates, as debtors and debtors in possession (collectively, the "**Debtors**"), each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (collectively, the "**Chapter 11 Cases**") with the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**").

**PLEASE TAKE FURTHER NOTICE** that a hearing has been scheduled for August 8, 2019 at 10:00 a.m. (Prevailing Eastern Time) before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, Bankruptcy Court, One Bowling Green, Room 723, New York, New York 10004 (the "**Hearing**").

**PLEASE TAKE FURTHER NOTICE** that an agenda with respect to the Hearing is set forth below. Copies of each pleading identified below can be viewed and/or obtained by: (i) accessing the Bankruptcy Court's website at http://www.nysb.uscourts.gov or (ii) from the Debtors' claims and noticing agent, Kurtzman Carson Consultants LLC, either at http://www.kccllc.net/waypointleasing, by calling (888) 733-1446 (toll free) for U.S. and Canada-based parties or +1 (310) 751-2635 for international parties, or by sending an e-mail to WaypointInfo@kccllc.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

---

[1] A list of the Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, is annexed hereto as **Exhibit A**.

**I.    UNCONTESTED MATTERS:**

1. First Interim Fee Application of White & Case LLP, as Special Counsel to the Debtors, for Allowance and Payment of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred for the Period From November 25, 2018 Through and Including March 31, 2019 **[ECF No. 768]**

    Response Deadline:    August 1, 2019 at 4:00 p.m. (EST)

    Responses Filed:    None.

    Related Document:

    A.    Notice of Hearing on First Interim Applications for Allowance of Compensation and Reimbursement of Expenses on August 8, 2019 at 10:00 a.m. **[ECF No. 836]**

    Status:  This matter is going forward on an uncontested basis.

2. First Application of Accenture LLP as Corporate Advisor for the Debtors and Debtors in Possession for Interim Allowance of Compensation and Reimbursement of Expenses **[ECF No. 777]**

    Response Deadline:    August 1, 2019 at 4:00 p.m. (EST)

    Responses Filed:    None.

    Related Document:

    A.    Notice of Hearing on First Interim Applications for Allowance of Compensation and Reimbursement of Expenses on August 8, 2019 at 10:00 a.m. **[ECF No. 836]**

    Status:  This matter is going forward on an uncontested basis.

3. First Application of Kurtzman Carson Consultants LLC as Administrative Agent for the Debtors for Interim Allowance of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses Incurred From January 1, 2019 Through March 31, 2019 **[ECF No. 778]**

    Response Deadline:    August 1, 2019 at 4:00 p.m. (EST)

    Responses Filed:    None.

    Related Document:

    A.    Notice of Hearing on First Interim Applications for Allowance of Compensation and Reimbursement of Expenses on August 8, 2019 at 10:00 a.m. **[ECF No. 836]**

      Status:  This matter is going forward on an uncontested basis.

4. First Interim Application of Houlihan Lokey Capital, Inc., Investment Banker to the Debtors, for Interim Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred From November 25, 2018 Through March 31, 2019 **[ECF No. 779]**

   Response Deadline:   August 1, 2019 at 4:00 p.m. (EST)

   Responses Filed:   None.

   Related Document:

   A. Notice of Hearing on First Interim Applications for Allowance of Compensation and Reimbursement of Expenses on August 8, 2019 at 10:00 a.m. **[ECF No. 836]**

   Status:  This matter is going forward on an uncontested basis.

5. First Interim Application of FTI Consulting, Inc., Financial Advisor to the Debtors, for Interim Allowance of Compensation and Reimbursement of Expenses for the Period From November 25, 2018 Through March 31, 2019 **[ECF No. 780]**

   Response Deadline:   August 1, 2019 at 4:00 p.m. (EST)

   Responses Filed:   None.

   Related Document:

   A. Notice of Hearing on First Interim Applications for Allowance of Compensation and Reimbursement of Expenses on August 8, 2019 at 10:00 a.m. **[ECF No. 836]**

   Status:  This matter is going forward on an uncontested basis.

6. First Application of A&L Goodbody, as Irish Law Advisor for Debtors and Debtors in Possession, for Interim Allowance of Compensation for Professional Services Rendered and Reimbursement for Actual and Necessary Expenses Incurred From November 25, 2018 Through and Including March 31, 2019 **[ECF No. 787]**

   Response Deadline:   August 1, 2019 at 4:00 p.m. (EST)

   Responses Filed:   None.

   Related Document:

   A. Notice of Hearing on First Interim Applications for Allowance of Compensation and Reimbursement of Expenses on August 8, 2019 at 10:00 a.m. **[ECF No. 836]**

   Status:  This matter is going forward on an uncontested basis.

## II. **MATTER FOR WHICH OBJECTION DEADLINE HAS NOT YET PASSED:**

7. First Application of Weil, Gotshal & Manges LLP, as Attorneys for the Debtors, for Interim Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred From November 25, 2018 Through and Including March 31, 2019 **[ECF No. 770]**

    Response Deadline:   August 1, 2019 at 4:00 p.m. (EST); extended to August 6, 2019 at 4:00 p.m. (EST) for the United States Trustee only.

    Responses Filed:   None.

    Related Documents:

    A. Notice of Hearing on First Interim Applications for Allowance of Compensation and Reimbursement of Expenses on August 8, 2019 at 10:00 a.m. **[ECF No. 836]**

    B. Order Granting Consensual Objection Deadline Extension **[ECF No. 899]**

    Status:  This matter is going forward.

Dated: August 6, 2019
    New York, New York

                                           /s/ *Robert J. Lemons*
                                           WEIL, GOTSHAL & MANGES LLP
                                           767 Fifth Avenue
                                           New York, New York 10153
                                           Telephone: (212) 310-8000
                                           Facsimile: (212) 310-8007
                                           Gary T. Holtzer
                                           Robert J. Lemons
                                           Kelly DiBlasi

                                           *Attorneys for Debtors*
                                           *and Debtors in Possession*

## Exhibit A

**Debtors**

| Debtor | Last 4 Digits of Tax ID Number | Debtor | Last 4 Digits of Tax ID Number |
|---|---|---|---|
| Waypoint Leasing Holdings Ltd. | 2899 | MSN 760682 Trust | N/A |
| Waypoint Leasing (Luxembourg) S.à r.l. | 7041 | Waypoint 2916 Business Trust | N/A |
| Waypoint Leasing (Ireland) Limited | 6600 | MSN 920062 Trust | N/A |
| Waypoint Asset Co 10 Limited | 2503 | MSN 920125 Trust | N/A |
| MSN 2826 Trust | N/A | MSN 9229 AS | 7652 |
| MSN 2879 Trust | N/A | Waypoint Asset Co 3A Limited | 6687 |
| Waypoint Asset Co 11 Limited | 3073 | MSN 41371 Trust | N/A |
| MSN 2905 Trust | N/A | Waypoint Asset Euro 1A Limited | 9804 |
| Waypoint Asset Co 14 Limited | 1585 | Waypoint Asset Co 1K Limited | 2087 |
| Waypoint Asset Co 15 Limited | 1776 | MSN 4469 Trust | N/A |
| Waypoint Asset Co 3 Limited | 3471 | MSN 6655 Trust | N/A |
| AE Helicopter (5) Limited | N/A | Waypoint Leasing (Luxembourg) Euro S.à r.l. | 8928 |
| AE Helicopter (6) Limited | N/A | Waypoint Asset Co 1A Limited | 1208 |
| MSN 31141 Trust | N/A | Waypoint Leasing Labuan 1A Limited | 2299 |
| MSN 31492 Trust | N/A | Waypoint Asset Co 1C Limited | 0827 |
| MSN 36458 Trust | N/A | Waypoint Asset Co 1D Limited | 7018 |
| MSN 760543 Trust | N/A | Waypoint Asset Co 1F Limited | 6345 |
| MSN 760551 Trust | N/A | Waypoint Asset Co 1G Limited | 6494 |
| MSN 760581 Trust | N/A | Waypoint Asset Co 1H Limited | 7349 |
| MSN 760628 Trust | N/A | Waypoint Asset Co 1J Limited | 7729 |
| MSN 760631 Trust | N/A | MSN 20159 Trust | N/A |

| Debtor | Last 4 Digits of Tax ID Number | Debtor | Last 4 Digits of Tax ID Number |
|---|---|---|---|
| MSN 6658 Trust | N/A | Waypoint Asset Funding 6 LLC | 4964 |
| Waypoint 760626 Business Trust | N/A | Waypoint Asset Co 7 Limited | 9689 |
| MSN 7152 Trust | N/A | Waypoint Asset Euro 7A Limited | 2406 |
| MSN 7172 Trust | N/A | Waypoint Asset Co 8 Limited | 2532 |
| Waypoint Asset Funding 3 LLC | 4960 | MSN 31041 Trust | N/A |
| Waypoint Asset Malta Ltd | 5348 | MSN 31203 Trust | N/A |
| Waypoint Leasing Labuan 3A Limited | 8120 | MSN 31578 Trust | N/A |
| Waypoint Leasing UK 3A Limited | 0702 | MSN 760617 Trust | N/A |
| Waypoint Asset Co 4 Limited | 0301 | MSN 760624 Trust | N/A |
| Waypoint Asset Co 5 Limited | 7128 | MSN 760626 Trust | N/A |
| Waypoint Leasing Services LLC | 8965 | MSN 760765 Trust | N/A |
| MSN 14786 Trust | N/A | MSN 920063 Trust | N/A |
| MSN 2047 Trust | N/A | MSN 920112 Trust | N/A |
| MSN 2057 Trust | N/A | Waypoint 206 Trust | N/A |
| Waypoint Asset Co 5B Limited | 2242 | Waypoint 407 Trust | N/A |
| Waypoint Leasing UK 5A Limited | 1970 | Waypoint Asset Euro 1B Limited | 3512 |
| Waypoint Asset Co 6 Limited | 8790 | Waypoint Asset Euro 1C Limited | 1060 |
| MSN 31042 Trust | N/A | MSN 20012 Trust | N/A |
| MSN 31295 Trust | N/A | MSN 20022 Trust | N/A |
| MSN 31308 Trust | N/A | MSN 20025 Trust | N/A |
| MSN 920119 Trust | N/A | MSN 920113 Trust | N/A |

2

| **Debtor** | **Last 4 Digits of Tax ID Number** | **Debtor** | **Last 4 Digits of Tax ID Number** |
|---|---|---|---|
| Waypoint Asset Funding 8 LLC | 4776 | Waypoint Asset Co Germany Limited | 5557 |
| Waypoint Leasing UK 8A Limited | 2906 | MSN 31046 Trust | N/A |
| Waypoint Leasing US 8A LLC | 8080 | MSN 41511 Trust | N/A |
| Waypoint Asset Company Number 1 (Ireland) Limited | 6861 | MSN 760608 Trust | N/A |
| Waypoint Asset Euro 1D Limited | 1360 | MSN 89007 Trust | N/A |
| Waypoint Asset Co 1L Limited | 2360 | MSN 920141 Trust | N/A |
| Waypoint Asset Co 1M Limited | 5855 | MSN 920152 Trust | N/A |
| Waypoint Asset Co 1N Limited | 3701 | MSN 920153 Trust | N/A |
| Waypoint Asset Euro 1G Limited | 4786 | MSN 920273 Trust | N/A |
| Waypoint Asset Funding 1 LLC | 7392 | MSN 920281 Trust | N/A |
| Waypoint Leasing UK 1B Limited | 0592 | MSN 9205 Trust | N/A |
| Waypoint Leasing UK 1C Limited | 0840 | MSN 9229 Trust | N/A |
| Waypoint Asset Company Number 2 (Ireland) Limited | 7847 | Waypoint Asset Funding 2 LLC | 7783 |