WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Gary T. Holtzer
Robert J. Lemons
Kelly DiBlasi

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                                            :
**In re**                                                   :   Chapter 11
                                                            :
**WAYPOINT LEASING**                                        :   Case No. 18-13648 (SMB)
**HOLDINGS LTD.**, *et al.*,                                :
                                                            :   (Jointly Administered)
                    Debtors.[1]                             :
------------------------------------------------------------x

**NOTICE OF (I) ENTRY OF ORDER**
**CONFIRMING THIRD AMENDED CHAPTER 11**
**PLAN OF LIQUIDATION OF WAYPOINT LEASING HOLDINGS LTD.**
**AND ITS AFFILIATED DEBTORS AND (II) OCCURRENCE OF EFFECTIVE DATE**

**TO ALL CREDITORS, INTEREST HOLDERS, AND OTHER PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that an order [ECF No. 893] (the "**Confirmation Order**") confirming the *Third Amended Chapter 11 Plan of Liquidation of Waypoint Leasing Holdings Ltd. and Its Affiliated Debtors* [ECF No. 871] (as may be modified, the "**Plan**") was entered by the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, and docketed by the Clerk of the United States Bankruptcy Court for the Southern District of New York (the "**Court**") on July 31, 2019. Unless otherwise defined in this notice, capitalized terms used in this notice shall have the meanings ascribed to them in the Plan and the Confirmation Order.

**PLEASE TAKE FURTHER NOTICE** that copies of the Confirmation Order, the Plan, and the related documents are available (i) on the Court's website at http://www.nysb.uscourts.gov — to access this Court's website, you will need a PACER password and login, which can be obtained at http://www.pacer.psc.uscourts.gov; (ii) during normal business hours at the office of the Clerk; (iii) by request to the Debtors' noticing and claims agent, Kurtzman

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are set forth on **Exhibit A** to the Plan.

Carson Consultants LLC, at (888) 733-1446 (toll free) for U.S. and Canada-based parties or +1 (310) 751-2635 for international parties, or WaypointInfo@kccllc.com; and (iv) for download at http://www.kccllc.net/waypointleasing.

**PLEASE TAKE FURTHER NOTICE** that the Effective Date occurred on August 9, 2019.

**PLEASE TAKE FURTHER NOTICE** that, unless otherwise provided by an order of the Court, any Proofs of Claim based upon the rejection of the Debtors' Executory Contracts, pursuant to the Plan or otherwise, must be filed with the Court and served on the Plan Administrator **no later than 14 days after the Effective Date.**

**PLEASE TAKE FURTHER NOTICE** that the Plan and its provisions are binding on the Debtors, the Plan Administrator, and any holder of a Claim against, or Interest in, the Debtors, and such holder's respective successors and assigns, whether or not the Claim or Interest of such holder is Impaired under the Plan, and whether or not such holder or Entity voted to accept the Plan.

Dated: August 9, 2019
      New York, New York

/s/ *Kelly DiBlasi*
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Gary T. Holtzer
Robert J. Lemons
Kelly DiBlasi

*Attorneys for Debtors*
*and Debtors in Possession*

2